AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JUNHUI JIANG, Individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>BLUECITY HOLDINGS LIMITED, BAOLI MA, ZHIYONG (BEN) LI, ZHE WEI, WEI YING, COLLEEN A. DE VRIES, AMTD GLOBAL MARKETS LIMITED, LOOP CAPITAL MARKETS LLC, TIGER BROKERS (NZ) LIMITED, PRIME NUMBER CAPITAL LLC, R. F. LAFFERTY & CO., INC., and COGENCY GLOBAL, INC.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   THE ROSEN LAW FIRM, P.A.
Phillip Kim, Esq.
275 Madison Ave., 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Defendant | Address |
|---|---|
| BlueCity Holdings Limited | C/o Cogency Global Inc.<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 |
| Baoli Ma | C/o Cogency Global Inc.<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 |
| Zhiyong (Ben) Li | C/o Cogency Global Inc.<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 |
| Zhe Wei | C/o Cogency Global Inc.<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 |
| Wei Ying | C/o Cogency Global Inc.<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 |
| Colleen A. De Vries | C/o Cogency Global Inc.<br>122 East 42nd Street, 18th Floor<br>New York, NY 10168 |
| AMTD Global Markets Limited | 23-25/F Nexxus Building<br>41 Connaught Road Central,<br>Hong Kong, Special Administration Region, China<br>K3<br>000000 |
| Loop Capital Markets LLC | 88 Pine Street, 25th Floor<br>New York, NY 10005 |
| Tiger Brokers (NZ) Limited | 437 Madison Ave, 27th Floor<br>New York, NY 10022 |
| Prime Number Capital LLC | 14 Myrtle Drive, Suite D-5<br>Great Neck, NY 11021 |
| R.F. Lafferty & Co., Inc. | 40 Wall Street, 29th Floor<br>New York, NY 10005 |
| Cogency Global, Inc. | 122 East 42nd Street, 18th Floor<br>New York, NY 10168 |