**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

September 2, 2022

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

**VIA ECF**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

Phillip Kim                                  Nicholas I. Porritt
The Rosen Law Firm, P.A.                     Levi & Korsinsky, LLP
275 Madison Avenue, 40th Floor               55 Broadway, 10th Floor
New York, NY 10016                           New York, NY 10006

Re:    *Jiang v. BlueCity Holdings Limited et al.*, No. 1:21-cv-04044

Dear Counsel:

On behalf of BlueCity Holdings Limited ("BlueCity" or the "Company"), pursuant to Rule 2(D) of the Court's Individual Motion Practices and Rules, enclosed please find:

(1) Notice of BlueCity's Motion to Dismiss the Amended Class Action Complaint;

(2) Memorandum of Law in Support of BlueCity's Motion to Dismiss the Amended Class Action Complaint; and

(3) Declaration of Xiao Liu in Support of BlueCity's Motion to Dismiss the Amended Class Action Complaint, along with Exhibits A-W.

Sincerely,

*/s/ Michael B. Carlinsky*

Michael B. Carlinsky

cc:    All counsel (via ECF)

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH