**K&L GATES**

September 2, 2022

**By ECF**

Joanna A Diakos
Partner
joanna.diakoskordalis@klgates.com

T +1 212 536 4807
F +1 212 536 3901

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016

Nicholas I. Porritt
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006

Re:     *Jiang v. BlueCity Holdings Limited et al.* Case No. 1:21-cv-04044

Dear Counsel:

    Pursuant to Rule 2(D) of Individual Motion Practices and Rules of the Honorable Frederic Block, enclosed please find for service on behalf of Defendants Cogency Global Inc. and Colleen DeVries (together, the "Cogency Defendants") the following documents:

- Memorandum of Law in Support of the Cogency Defendants' Joinder in BlueCity Holdings Limited's Motion to Dismiss the Amended Complaint; and

- Declaration of Joanna A. Diakos in Support of the Cogency Defendants' Joinder in BlueCity Holdings Limited's Motion to Dismiss, with annexed Exhibits 1-3.

Yours sincerely,

 */s/ Joanna A. Diakos*

Joanna A. Diakos

cc: All Counsel of Record (via Email)

K&L GATES LLP
599 LEXINGTON AVENUE   NEW YORK   NY 10022-6030
T +1 212 536 3900  F +1 212 536 3901  klgates.com