**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

November 29, 2022

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

**VIA ECF**

Hon. Frederic Block
United States District Judge, E.D.N.Y.
225 Cadman Plaza E
Brooklyn, NY 11201

Re:    *Jiang v. BlueCity Holdings Limited et al.*, No. 1:21-cv-04044

Dear Judge Block:

We write on behalf of Defendants BlueCity Holdings Limited, Cogency Global Inc., and Colleen DeVries (collectively, "Defendants") to notify the Court, pursuant to the Scheduling Order dated June 29, 2022, that Defendants have requested, and Plaintiffs have agreed, that Defendants' reply papers in support of their motion to dismiss shall be filed no later than **December 9, 2022**. The previous due date was **December 1, 2022**.

Respectfully submitted,

*/s/ Michael B. Carlinsky*

Michael B. Carlinsky

cc:    All counsel (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH