**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUNHUI JIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>BLUECITY HOLDINGS LIMITED, BAOLI MA, ZHIYONG (BEN) LI, ZHE WEI, WEI YING, COLLEEN A. DE VRIES, AMTD GLOBAL MARKETS LIMITED, LOOP CAPITAL MARKETS LLC, TIGER BROKERS (NZ) LIMITED, PRIME NUMBER CAPITAL LLC, R. F. LAFFERTY & CO., INC., and COGENCY GLOBAL INC.,<br><br>Defendants. | Case No. 1:21-CV-04044-FB-CLP |

**DECLARATION OF XIAO LIU IN SUPPORT OF BLUECITY HOLDINGS LIMITED'S**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

XIAO LIU, an attorney duly admitted to practice law before this Court, hereby states:

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for BlueCity Holdings Limited ("BlueCity") in this action.  I am familiar with the matters discussed herein.  I respectfully submit this Declaration in support of BlueCity's Motion to Dismiss the Amended Class Action Complaint and to put certain documents before the Court.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from a Prospectus, filed by BlueCity on Form 424B4 and dated July 7, 2020 (highlighting added).

3.      Attached hereto as Exhibit B is a true and correct copy of a press release issued by BlueCity dated August 26, 2020 (highlighting added).

1

4.      Attached hereto as Exhibit C is a true and correct copy of a press release issued by BlueCity dated December 2, 2020 (highlighting added).

5.      Attached hereto as Exhibit D is a true and correct copy of a press release issued by BlueCity dated March 23, 2021 (highlighting added).

6.      Attached hereto as Exhibit E is a true and correct copy of an Oppenheimer Equity Research report dated December 10, 2020 (highlighting added).

7.      Attached hereto as Exhibit F is a true and correct copy of a press release titled "Baoli Ma of BlueCity Attended the Listed Company Leadership Summit, Pink Economy Hides Huge Potential" published on www.bluecity.com and dated July 30, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

8.      Attached hereto as Exhibit G is a true and correct copy of a press release titled "BlueCity Landed on Nasdaq to Start International Expansion, Tapping Into the Trillion Dollar Pink Economy Market" published on www.bluecity.com and dated August 7, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

9.      Attached hereto as Exhibit H is a true and correct copy of a press release titled "The First Stock of Homosexual Social Communication Blued Goes Public, A from 1 to 49 Million Entrepreneurial Story" published on www.bluecity.com and dated August 7, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

10.     Attached hereto as Exhibit I is a true and correct copy of a press release titled "BlueCity Releases First Corporate Social Responsibility Report" published on www.bluecity.com and dated August 18, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

2

11.    Attached hereto as Exhibit J is a true and correct copy of a press release titled "Blued Launches the 'Base' Function to Create a More Sticky Vertical Community" published on www.bluecity.com and dated September 19, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

12.    Attached hereto as Exhibit K is a true and correct copy of a press release titled "BlueCity Q3 2020 Financial Report Revenue up 47.3% YoY, for the First Time Making a Single-Quarter Profit" published on www.bluecity.com and dated December 2, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

13.    Attached hereto as Exhibit L is a true and correct copy of a press release titled "BlueCity Announces the Acquisition of Finka to Build a Diverse LGBTQ Community Service" published on www.bluecity.com and dated November 25, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

14.    Attached hereto as Exhibit M is a true and correct copy of a press release titled "Takung Pao - The First Stock of the Pink Economy Reflects China's Tolerance and Openness" published on www.bluecity.com and dated December 22, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

15.    Attached hereto as Exhibit N is a true and correct copy of a press release titled "Southern Weekly - BlueCity Releases Its First Post-listing Social Responsibility Report" published on www.bluecity.com and dated August 27, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

16.    Attached hereto as Exhibit O is a true and correct copy of a press release titled "BlueCity Receives 2020 Xiangguang Award for Special Contribution to the Fight Against the

3

Epidemic" published on www.bluecity.com and dated November 4, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

17.     Attached hereto as Exhibit P is a true and correct copy of a press release titled "BlueCity Wins the Most Innovative IPO in 2020 Award by Gelonghui" published on www.bluecity.com and dated November 18, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

18.     Attached hereto as Exhibit Q is a true and correct copy of a press release titled "BlueCity Le Geng Selected as the 2020 GQ Person of the Year" published on www.bluecity.com and dated December 16, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

19.     Attached hereto as Exhibit R is a true and correct copy of an article titled "China LGBT community fears crackdown after Weibo content vanishes" published by *Financial Times* and dated April 15, 2019, available at: https://www.ft.com/content/19ff4b36-5f7a-11e9-b285-3acd5d43599e.

20.     Attached hereto as Exhibit S is a true and correct copy of a paper titled "Social constructivist account of the world's largest gay social app: Case study of Blued in China" published by *The Information Society* and dated May 18, 2020, available at: https://doi.org/10.1080/01972243.2020.1762271.

21.     Attached hereto as Exhibit T is a true and correct copy of an article titled "Why another Chinese lesbian dating app shut down" published by *Protocol* and dated October 26, 2021, available at https://www.protocol.com/china/-lesdo-closure-lesbian-app-china.

22.     Attached hereto as Exhibit U is a true and correct copy of excerpts from the 2020 Annual Report, filed by BlueCity on Form 20-F dated April 29, 2021 (highlighting added).

23.    Attached hereto as Exhibit V is a true and correct copy of a Deposit Agreement, attached to Form F-1 filed by BlueCity on July 1, 2020.

24.    Attached hereto as Exhibit W is a true and correct copy of a press release titled "Blued Supports the Release of India's First Gay-Themed Theatrical Film" published on www.bluecity.com and dated February 25, 2020, an English-language translation, and a Certificate authenticating that translation (highlighting added).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2022 in the State of New York.

/s/ *Xiao Liu*
Xiao Liu