# EXHIBIT F

Case 1:21-cv-04044-FB-CLP    Document 39-6    Filed 12/09/22    Page 2 of 7 PageID #: 570



**2020**
08–10

### 湖北省委常委、武汉市委书记王忠林与蓝城兄弟马保力座谈

8月7日，湖北省委常委、武汉市委书记王忠林，武汉市委副书记、市长周先旺等出席第十四届中国品牌节年会重要嘉宾座谈会。蓝城兄弟创始人、董事长兼CEO马保力受邀出席。



**2020**
08–06

### 蓝城兄弟正能量月度报告：2020年6–7月

6月和7月，蓝城兄弟都做了这些有意义的事



**2020**
08–02

### 蓝城兄弟捐资100万元助力网络扶贫

近日，中国互联网发展基金会理事长马利、中国互联网发展基金会副秘书长孙宏建一行对蓝城兄弟进行走访调研，蓝城兄弟向中国互联网发展基金会捐资人民币100万元，专项用于边远山区贫困儿童助学助教等工作。



**2020**
08–02

### 蓝城兄弟入选2019年度互联网行业企业社会责任榜单

近日，备受业界关注的《南方周末》2019年度互联网行业企业社会责任榜单发布，蓝城兄弟入选。



**Baoli Ma of BlueCity Attended the Listed Company Leadership Summit, Pink Economy Hides Huge Potential**

**2020**
07–30

### 蓝城兄弟马保力出席上市公司领袖峰会：粉红经济藏巨大潜力

7月25日，由雪球主办的2020上市公司领袖峰会在京举办，蓝城兄弟创始人、董事长兼CEO马保力出席峰会并发表主题演讲。



**2020**
07–30

### 蓝城兄弟签署电信和互联网行业网络数据安全自律公约

7月25日，在主题为"共迎网络新时代，共创产业新未来"的第十九届中国互联网大会上，蓝城兄弟签署了《电信和互联网行业网络数据安全自律公约》，致力于构建更加健康、诚信、安全的网络生态环境。

## Baoli Ma of BlueCity Attended the Listed Company Leadership Summit, Pink Economy Hides Huge Potential

On July 25, the 2020 Listed Company Leaders Summit hosted by Snowball was held in Beijing, and Baoli Ma, founder, chairman and CEO of BlueCity, attended the summit and delivered a keynote speech.

With the theme of "New Life - Breaking the Game", the summit focused on the current and future trends of popular industries such as healthcare, live streaming and Internet finance, attracting more than 100 financial professionals including representatives from international authorities, renowned economists, leaders of listed companies and popular users of Snowball to explore the infinite opportunities and possibilities hidden in the Chinese stock camp.

[Picture: Baoli Ma delivered a keynote speech at the 2020 Listed Company Leaders Summit]

Baoli Ma pointed out that, from the development of the Internet industry, it seems that the direction of breakthrough is to plunge into the vertical industry, and vertical products generally make a deeper and more detailed division of the group according to user attributes such as interests and value orientation.

As the first stock of global pink economy, the successful listing of BlueCity on NASDAQ has attracted much attention and triggered the discussion on the value of pink economy. Baoli Ma shared his thoughts on the development of this vertical from the perspective of the market size of the pink economy, development prospects and the unique needs of LGBTQ people.  He said that based on the sense of belonging drive, products related to the LGBTQ community are generally characterized by high engagement and high stickiness.  At the same time, thanks to the increased social inclusion of LGBTQ people, the unmet needs of LGBTQ people also bring huge real estate opportunities.

Data from Sullivan's "Global LGBTQ Platform Industry Development White Paper" shows that the global LGBTQ population was approximately 450 million in 2018 and is expected to grow to 591 million by 2023, accounting for 7.4% of the total population, compared to 5.9% in 2018.  The 18-24 and 25-34 age groups have the highest number of people identifying themselves as LGBTQ, at 8.9% and 8.0%, respectively.  This trend also shows that more youngsters have a higher level of recognition of their sexual orientation.

Meanwhile, the global LGBTQ market size, in terms of consumer spending and marketing expenditure, was $3,863.3 billion in 2018 and is expected to reach $ 5,425.9 billion by 2023, at a CAGR of 7.0%.  The global online LGBTQ market size was $ 261.5 billion in 2018 and is expected to reach $ 580.4 billion by 2023, at a CAGR of 17.3%.  The rapid growth of the LGBTQ market is driven by the increase in the number of LGBTQ population, the increase in the average disposable income of the LGBTQ population, and the increase in the willingness of the LGBTQ population to spend across categories.

[Picture: Baoli Ma Delivers Keynote Speech at 2020 Public Company Leaders Summit]

The unmet needs of LGBTQ people harbor huge opportunities, which is where the potential of this track lies.  As the world's leading LGBTQ community, Blued is the main product of BlueCity, which was established in 2000 to provide users with life-cycle services including social entertainment, live video, health-related and family planning.  To date, Blued has over

49 million registered users in over 210 countries and regions worldwide, with an average MAU of over 6 million.  On July 8, 2020, BlueCity was officially listed on NASDAQ, becoming "the first stock in the global pink economy".

With 20 years of serving the LGBTQ community, BlueCity has a deeper understanding of its users.  And better all-around customized services are making BlueCity a spiritual oasis for the global LGBTQ community.  It is worth mentioning that over the past 20 years, BlueCity and its independent charity brand, Light Blue Public Welfare, have worked extensively with government, academia, corporations and public health-related NGOs around the world to organize and sponsor regular social events to promote HIV prevention and treatment and advocate gender equality.  Renowned media and government leaders, including Xinhua News Agency, People's Daily, CCTV, Southern Weekly, Forbes, and other prominent public figures at home and abroad, have recognized BlueCity's contributions to the LGBTQ community in China and around the world.  On the same day of the IPO, BlueCity announced another donation of CNY 1 million to the China STD/AIDS Prevention Foundation's Light Blue Public Welfare Fund, which aims to promote HIV prevention and control and the health of LGBTQ people.

With the increase in business value driving the increase in social influence, BlueCity sees caring for the LGBTQ community as its greatest responsibility.  As Baoli Ma said in his speech at the conference, through continuous deep plowing in the LGBTQ field, BlueCity hopes to use the power of business to make the lives of such people better, which is where BlueCity's greatest business and social value lies.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 30 August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

蓝城兄弟马保力出席上市公司领袖峰会：粉红经济藏巨大潜力_BlueCity蓝城兄弟_blued                                6/29/22, 17:51

# 蓝城兄弟马保力出席上市公司领袖峰会：粉红经济藏巨大潜力

7月25日，由雪球主办的2020上市公司领袖峰会在京举办，蓝城兄弟创始人、董事长兼CEO马保力出席峰会并发表主题演讲。

峰会以"新生·破局"为主题，聚焦医疗、直播、互联网金融等热门行业的当下及未来走势，吸引了包括国际权威机构代表、知名经济学家、上市公司领袖、雪球人气用户在内的百余位财经专业人士出席，共同探寻隐藏在中概股阵营中的无限机遇与可能。



马保力在2020上市公司领袖峰会发表主题演讲

马保力指出，从互联网行业发展看，当下深耕垂直行业似乎成为突围方向，垂直类产品一般根据兴趣爱好、价值取向等用户属性，对群体作更深入、细致的切分。

作为全球粉红经济第一股，蓝城兄弟纳斯达克成功上市备受关注，也引发了关于粉红经济价值的讨论。马保力从粉红经济的市场规模、发展前景以及LGBTQ人群的独特需求等层面分享了对该垂直领域的发展与思考。他表示，基于归属感驱动，LGBTQ群体相关产品普遍具有高参与度和高粘性的特点。同时，得益于社会对LGBTQ人群包容度的增强，LGBTQ人群未被满足的需求也带来了巨大的变现机会。

沙利文《全球LGBTQ平台行业发展白皮书》数据显示，2018年，全球LGBTQ人口约为4.5亿，预计到2023年将增长至5.91亿，占总人口的7.4%，而2018年这一比例为5.9%。其中，18-24岁和25-34岁年龄组认为自己是LGBTQ群体的人数最多，分别为8.9%和8.0%。从这一趋势也可以看出，更多年轻年龄段人群对于自身性取向有较高的认可度。

同时，按消费支出和营销支出计算，2018年全球LGBTQ市场规模为38603亿美元，预计到2023年将达到54259亿美元，复合年增长率为7.0%。2018年全球在线LGBTQ市场规模为2615亿美元，预计到2023年将达到5804亿美元，复合年增长率为17.3%。LGBTQ人口数量的增加、LGBTQ人口平均可支配收入的提高以及LGBTQ人口跨类别消费意愿的提高，都推动了LGBTQ市场的快速增长。

蓝城兄弟马保力出席上市公司领袖峰会，粉红经济藏巨大潜力_BlueCity蓝城兄弟_Blued                6/29/22, 17:51



马保力在2020上市公司领袖峰会发表主题演讲

　　LGBTQ人群未被满足的需求潜藏着巨大的机会，这也是这个赛道的潜力所在。作为全球领先的LGBTQ社区，蓝城兄弟前身是2000年成立的"淡蓝网"。Blued是蓝城兄弟旗下的主要产品，为用户提供包括社交娱乐、视频直播、健康相关和家庭计划在内的全生命周期服务。截至目前，蓝城兄弟已经在全球210多个国家和地区拥有超过4900万的注册用户，平均MAU突破600万。其中，海外月活用户数占比超过49%，已经是印度、韩国、泰国和越南等国家和地区最大的在线LGBTQ社区。2020年7月8日，蓝城兄弟正式在纳斯达克挂牌上市，成为"全球粉红经济第一股"。

　　服务LGBTQ社群20年，让蓝城兄弟对用户有着更深厚的理解。而更优质的全方位定制服务，也正在让蓝城兄弟成为全球LGBTQ社群的精神绿洲。值得一提的是，在过去的20年中，蓝城兄弟及其旗下独立公益品牌"淡蓝公益"广泛与政府、学术界、企业以及全球的公共卫生相关非政府组织合作，定期组织和赞助社会活动，促进HIV防治，倡导多元性别平等。包括新华社、人民日报、中央电视台、南方周末、福布斯等在内的海内外知名媒体及政府领导等知名公众人物均曾对蓝城兄弟在中国乃至全球LGBTQ社区的贡献表示认可。在上市当天，蓝城兄弟宣布再次向"中国预防性病艾滋病基金会淡蓝公益专项基金"捐赠100万元人民币，旨在推动HIV防控与促进LGBTQ人群的健康。

　　随着商业价值的提升带动社会影响力的提升，蓝城兄弟将关怀LGBTQ群体视为自己最大的责任。正如马保力在会上的发言中称，通过在LGBTQ领域的持续深耕，蓝城兄弟希望能够用商业的力量让这类人群生活得更美好，这就是蓝城兄弟最大的商业价值和社会价值所在。

上一篇                                                                                    下一篇


