# EXHIBIT G



2020–08–07

**全球最大的性少数社区"蓝城兄弟"赴美上市**

7月8日晚，全球规模最大的LGBTQ（性少数群体）社区蓝城兄弟（BlueCity）在美国纳斯达克挂牌上市。上市当天，蓝城兄弟宣布再次向"中国预防性病艾滋病基金会淡蓝公益专项基金"捐赠100万元，推动HIV防控，促进LGBTQ人群健康。

查看更多



2020–08–07

**蓝城兄弟登陆纳斯达克开启国际化扩张 掘金万亿美元粉红经济市场**

7月8日晚，全球领先的LGBTQ社区蓝城兄弟（BlueCity）正式在纳斯达克挂牌上市，股票代码为"BLCT"，发行价为16美元，成为"全球粉红经济第一股"。

查看更多

**BlueCity Landed on Nasdaq to Start International Expansion, Tapping Into the Trillion Dollar Pink Economy Market**



2020–08–07

**同性社交第一股Blued上市，一个"从1到4900万"的创业故事**

Blued自视为一股消除歧视的温和力量，面临更多商业的审视。

查看更多



2020–08–07

**蓝城兄弟纳斯达克上市**

7月8日晚，蓝城兄弟（BlueCity）正式在纳斯达克挂牌上市，股票代码"BLCT"

查看更多





**BlueCity Landed on Nasdaq to Start International Expansion, Tapping Into the Trillion Dollar Pink Economy Market**

On the evening of July 8, BlueCity, the world's leading LGBTQ community, was officially listed on NASDAQ under the ticker symbol "BLCT" with an offering price of $16, making it the "No. 1 stock in the global pink economy".  On the first day of listing, BlueCity opened at $20.45, up 27.8% from the issue price.  Within 30 minutes after the opening, BlueCity suspended trading twice, with the highest trading price of $35.89 per share, an increase of 124%.

It is understood that BlueCity plans to raise $84.8 million in this IPO, which will be used for business expansion, including marketing and promotional activities to acquire users and strengthen the BlueCity brand; for technology and development, particularly investments in artificial intelligence technology and big data capabilities; and also for general corporate purposes, including working capital needs and potential strategic acquisitions, investments and alliances, which will further accelerate the company's growth.

The successful listing of BlueCity on NASDAQ opens up the future of the global pink economy to the imagination on one hand, and its 20 years of exploration and deep work in the LGBTQ community on the other.

Baoli Ma, founder, chairman and CEO of BlueCity, said in an interview with Securities Daily and other media before the "Cloud Ringing" ceremony, "It is a good opportunity for the company to be listed on NASDAQ, which is a confirmation for our team and a new challenge for the company to be better able to Going abroad, having more international expansion, being able to have a more diversified business model and greater growth, and also being able to provide better products and services to users".

[Picture: Photo/Chunlian Li]

Creating a diversified business model

Blued, as the main platform carrier of BlueCity, provides communication, social entertainment, live streaming and other services based on accurate geographic positioning.  In addition, Blued provides services such as health and family planning, aiming to provide "full lifecycle services" for the LGBTQ community.

As of Q1 2020, Blued had more than 49 million registered users worldwide, covering more than 210 countries and regions, with an average of 6 million monthly active users, according to the prospectus.  Among them, the number of overseas monthly active users accounts for more than 49%, and is already the largest online LGBTQ community in countries and regions such as India, South Korea, Thailand and Vietnam.

As the core revenue of BlueCity, the revenue from live streaming service is CNY 458 million, CNY 671 million and CNY 180 million in the first quarter of 2018, 2019 and 2020, respectively, accounting for 91.3%, 88.5% and 86.6% of the total revenue in the same period.

The strong growth in live streaming revenue also demonstrates the growing high willingness of users to pay.  The prospectus shows that Blued's paid users for its live streaming service increased from approximately 137,000 as of the first quarter of 2019 to 178,000 as of the first

quarter of 2020, with the live streaming service alone generating an average revenue per paid subscriber (ARPPU) of CNY 2,059, up 61% year-over-year.

In fact, back when live streaming wasn't so hot, BlueCity began using it to increase interaction between users.

"In 2016, when the company was considering how to increase the social dimension of users, it found that besides text, pictures and short videos, live streaming was a good form, so we provided stream service at that time, but we didn't expect the scale of revenue to get bigger and bigger, but it was actually just a node in the company's commercialization process." Baoli Ma also told the Securities Daily reporter that the proportion of live streaming in the company's entire diversified revenue structure will gradually be reduced in the future, and the scale of other revenues will become larger, and we will use more diversified revenues to prove the real business value of vertical communities in the future.

In terms of data, in addition to the continued growth of live streaming revenue, Blued also launched membership services in June 2018, including subscription-based membership services and pay-per-view services to further enhance the user experience.  Currently, membership services are becoming a new revenue growth point for BlueCity, with membership service revenue continuing to increase as a percentage of total revenue and a trend of diversification in revenue composition.  Membership service revenue grew from CNY 3.06 million in the first quarter of 2019 to CNY 15.013 million in the first quarter of 2020, an increase of 390.6%, with a corresponding rapid increase in the proportion of total revenue from 2.1% to 7.2%.  In addition, advertising services and other businesses containing health and family plan related merchandise sales and services are also showing rapid growth trends.

Baoli Ma also said, "We hope that business models other than social can achieve more growth.  The new business segments now online are the immediate needs of this population, but they are not better met in the traditional business community, so we will continue to make efforts in the future, because it is a traffic-cash business, to find the user target accurately among the traditional population.  To provide more in-depth, vertical and refined services to everyone."

Tapping into the trillion-dollar pink economy market

Behind the listing of BlueCity is a trillion-dollar incremental market for the pink economy.

Leading consulting firm Frost & Sullivan reports that the average disposable income of the LGBTQ population is generally higher than that of the general population, and the global LGBTQ market size was $3.9 trillion in 2018, and is expected to reach $5.4 trillion by 2023, with a compound annual growth rate of 7.0%, as measured by consumer spending and marketing expenditures.

At the same time, the younger generation of LGBTQ people are more willing to admit themselves in an increasingly inclusive social environment and have extremely strong spending power.

Baoli Ma said, "In addition to online social and entertainment, we found that users are concerned about health and are eager for family at the same time.  Based on this, we made a

strategic adjustment from a product focused on social and community to gradually becoming a commercial product that provides users with a full life cycle, and now this model has been fully recognized by the capital market and also by our users."

It is worth mentioning that BlueCity has been expanding its overseas business since 2017, and Blued currently has users in 210 countries and regions.  As of March 2020, users in countries and regions outside of China accounted for more than 49% of the company's total monthly active users (MAUs, according to the prospectus.

Baoli Ma also mentioned that "the revenue contribution of users in overseas regions is increasing year by year, which is related to the intensity of commercialization realizations in the company's overseas regions, before we basically did not do any commercialization realizations, but just expanded rapidly.  Now we are gradually releasing commercialization claims little by little, and we believe that the contribution of overseas regions to the revenue of the whole company will become bigger and bigger in the future."

The industry believes that nowadays, Chinese companies listed in the U.S. have started a new wave again, the market is gradually returning to rationality, and the value-oriented investment logic of the U.S. stock market remains unchanged.  The successful listing of BlueCity on NASDAQ will not only open up huge imagination for the future of the global pink economy, but will also further promote public awareness of diversity and the LGBTQ community.

Meng Shen, executive director of Chanson Capital, told Securities Daily that the U.S. capital market has always welcomed companies with business prospects and good revenue, and the U.S. market is dominated by mature institutional investors who are not disturbed by general social sentiment.

Source: Securities Daily Website

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 30 August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

蓝城兄弟登陆纳斯达克开启国际化扩张 掘金万亿美元粉红经济市场_BlueCity蓝城兄弟_blued

6/29/22, 17:53

# 蓝城兄弟登陆纳斯达克开启国际化扩张 掘金万亿美元粉红经济市场

7月8日晚，全球领先的LGBTQ社区蓝城兄弟（BlueCity）正式在纳斯达克挂牌上市，股票代码为"BLCT"，发行价为16美元，成为"全球粉红经济第一股"。上市首日，蓝城兄弟开盘价为20.45美元，较发行价上涨27.8%，开盘后30分钟内，蓝城兄弟两次停牌，最高成交价35.89美元/股，涨幅达124%。

据了解，蓝城兄弟本次上市计划募集8480万美元，资金将用于业务扩张，包括营销和宣传活动，以获得用户和加强蓝城兄弟的品牌；用于技术和开发，特别是人工智能技术和大数据能力方面的投资；同时也将用于一般公司用途，包括营运资本需求和潜在的战略收购、投资和联盟，这将进一步加速公司成长。

蓝城兄弟在纳斯达克成功上市，一方面为全球粉红经济的前景打开了想象空间，另一面则是其在LGBTQ社群20年的探索和深耕。

蓝城兄弟创始人、董事长兼CEO马保力在"云敲钟"仪式前接受《证券日报》等媒体采访时表示，"公司能够在纳斯达克上市是一个很好的机会，是对我们团队的肯定，同时又是新的挑战，让公司未来能够更好的出海，有更多的国际化扩张，商业模式能够更多元化，成长性更大，也能给用户提供更好的产品和服务"。



摄影/李春莲

**打造多元化业务商业模型**

Blued作为蓝城兄弟最主要的平台载体，基于精准的地理定位提供通讯、社交娱乐、直播等服务。此外，蓝城兄弟提供的服务还包括健康、家庭计划等，旨在为LGBTQ群体提供"全生命周期服务"。

招股说明书表示，截至2020年第一季度，Blued在全球有超过4900万注册用户，覆盖210多个国家和地区，平均月活用户600万。其中，海外月活用户数占比超过49%，已经是印度、韩国、泰国和越南等国家和地区最大的在线LGBTQ社区。

作为蓝城兄弟核心收入，直播服务收入在2018年、2019年2020年第一季度分别为4.58亿元，6.71亿元，1.80亿元，占同期总收入的91.3%，88.5%和86.6%。

直播收入的强劲增长也显示出用户的日益增长的高付费意愿。招股书显示，Blued的直播服务付费用户从截至2019年第一季度的约13.7万增加到截至2020年第一季度的17.8万，仅直播服务每付费用户产生的平均收益（ARPPU）就高达2059元，同比增长61%。

事实上，早在直播并没有这么火的时候，蓝城兄弟就开始利用直播来增加用户之间的互动。

"2016年，公司在考虑如何增加用户社交维度时发现，除了文字、图片、短视频之外，直播是一个很好的形态，所以当时就上线了直播，但没有想到收入规模越来越大，但它其实只是公司商业化过程中的一个节点而已。"马保力还向《证券日报》记者表示，未来直播在公司整个多元化收入结构中的比例会逐渐被降低，其它的收入规模会变得更大，我们未来会用更多元化的收入来证明垂直社区真正的商业价值。

从数据上来看，除直播收入持续增长外，Blued还在2018年6月上线会员服务，包括基于订阅的会员服务和按次付费服务，以进一步提升用户体验。目前，会员服务正在成为蓝城兄弟新的收入增长点，会员服务收入在总收入的占比持续提升，收入组成呈多元化趋势。会员服务收入从2019年第一季度的306万增长至2020年第一季度的1501.3万元，涨幅为390.6%，相应的占总收入的比例从2.1%快速增长至7.2%。此外，广告服务及包含健康、家庭计划相关商品销售和服务在内的其他业务也在呈现出快速增长趋势。

马保力还表示，"我们希望除了社交之外的商业模型能够实现更多的增长，现在上线的新业务板块都是这个人群的刚需，但是在传统的商业社会中没有得到更好的满足，所以我们未来会持续发力，因为它是一个流量变现的业务，在传统人群当中把用户目标精准的找到，给大家提供更深度、垂直、精细化的服务"。

## 掘金万亿美元粉红经济市场

蓝城兄弟上市背后，是万亿美元量级的粉红经济增量市场。

知名咨询公司Frost&Sullivan报告显示，LGBTQ人口的平均可支配收入普遍高于普通人群，按消费支出和营销支出计算，2018年全球LGBTQ市场规模为3.9万亿美元，预计到2023年将达到5.4万亿美元，复合年增长率为7.0%。

与此同时，年轻一代的LGBTQ群体在包容度日渐提高的社会环境中，更愿意承认自我，具有极强的消费能力。

马保力表示，"除了线上的社交和娱乐之外，我们发现用户对健康很关注，同时很渴望家庭。基于此，我们做了一个战略调整，就是从一个专注于社交和社区的产品，逐渐成为一家为用户提供全生命周期的商业化产品，现在来看这个模式已经充分被资本市场认可，也被我们的用户所认可"。

值得一提的是，蓝城兄弟自2017年开始扩张海外业务，目前Blued的用户遍布210个国家和地区。招股书显示，截至2020年3月，中国以外国家和地区的用户占该公司月活跃用户数（MAU）总数的49%以上。

马保力还提到，"海外地区用户的收入贡献占比在逐年增加，这与公司海外地区的商业化变现强度有关，之前我们基本上没有做任何商业化的变现，只是在快速扩张。现在我们逐步一点点释放商业化诉求，相信未来海外地区对整个公司的收入贡献会越来越大"。

业内认为，如今，中国企业赴美上市再掀新浪潮，市场逐渐归于理性，美股市场价值导向的投资逻辑仍未改变。蓝城兄弟公司在美国纳斯达克的成功上市，不仅将为全球粉红经济的前景打开巨大的想象空间，也将进一步促进多样性与LGBTQ社群的公众认知。

蓝城兄弟登陆纳斯达克开启国际化扩张 掘金万亿美元粉红经济市场_BlueCity蓝城兄弟_blued    6/29/22, 17:53

　　香颂资本执行董事沈萌向《证券日报》记者表示，对于具有商业前景和良好营收的企业，美国资本市场一向欢迎，而且美国市场以成熟机构投资者为主，不受一般社会情绪干扰。

　　来源：证券日报网

上一篇　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　下一篇

**BLUECITY 蓝城兄弟**

加入我们　　　　联系我们　　　　法律信息

  

京ICP备12033589号-29