# EXHIBIT H



2020–08–07

**全球最大的性少数社区"蓝城兄弟"赴美上市**

7月8日晚，全球规模最大的LGBTQ（性少数群体）社区蓝城兄弟（BlueCity）在美国纳斯达克挂牌上市。上市当天，蓝城兄弟宣布再次向"中国预防性病艾滋病基金会淡蓝公益专项基金"捐赠100万元，推动HIV防控，促进LGBTQ人群健康。

查看更多



2020–08–07

**蓝城兄弟登陆纳斯达克开启国际化扩张 掘金万亿美元粉红经济市场**

7月8日晚，全球领先的LGBTQ社区蓝城兄弟（BlueCity）正式在纳斯达克挂牌上市，股票代码为"BLCT"，发行价为16美元，成为"全球粉红经济第一股"。

查看更多



2020–08–07

**同性社交第一股Blued上市，一个"从1到4900万"的创业故事**

Blued自视为一股消除歧视的温和力量，面临更多商业的审视。

查看更多

**The First Stock of Homosexual Social Communication Blued Goes Public, A From 1 to 49 Million Entrepreneurial Story**



2020–08–07

**蓝城兄弟纳斯达克上市**

7月8日晚，蓝城兄弟（BlueCity）正式在纳斯达克挂牌上市，股票代码"BLCT"

查看更多





**The First Stock of Homosexual Social Communication Blued Goes Public, A From 1 to 49 Million Entrepreneurial Story**

On the evening of July 8, BlueCity Holdings Limited ("BlueCity"), the parent company of the homosexual dating app Blued, officially launched on NASDAQ.

At an offering price of $16 per share, Blued Brothers (NASDAQ:BLCT) will raise approximately $84 million.

It is understood that BlueCity owns the Light Blue website, a LGBTQ (Lesbian, Gay, Bisexual, Transgender, Queer) community, as well as Blued, currently China's largest same-sex dating software.  On the first day of listing, BlueCity shares jumped 46%, with a market value of $835 million.

In the prospectus, BlueCity specifically mentioned that it was a "1 to 49 million" story.  The "49 million" is the current number of registered users of Blued worldwide, while the "1" is the founder Le Geng himself.  For a long time, he was the only person in Light Blue website, working at the police station during the day and operating part-time at night.

Blued, which sees itself as both a commercial company and a "moderate force to eliminate discrimination and promote social progress," will face more commercial scrutiny.

Quitting to start a business

Back in 2000, Le Geng, at the age of 23, learned that he belonged to a small group of people with different sexual orientations, and applied for a personal space on the NetEase platform in order to popularize related knowledge and give gay people a platform to communicate.

After operating the Light Blue website for 6 years, Le Geng felt that "the Chinese Internet will definitely open a window for us (gays) one day."  In 2006, Le Geng expanded his website and rented a small home as the office space for his founding team.  At that time, Light Blue had very little income and relied on donations from netizens to support the server, staff expenses, and rent.

Despite the difficult conditions, Light Blue operated by the small team stood out and by 2007, it was the largest gay website in China.

Two years later, in 2009, Le Geng thought the team should go to Beijing and rented a few large trucks and pulled chairs and benches and computers from Qinhuangdao to Beijing.

In 2012, a friend working at Sohu.com made a documentary about Le Geng's entrepreneurial story and sent it to the Sohu website.  Le Geng became famous, and his boss in Qinhuangdao knew he was working on a gay website, so he couldn't start his own business as a part-time job anymore.

Between entrepreneurship and an "iron rice bowl", Le Geng chose the former.  In 2012, when Le Geng started his full-time business, the mobile Internet was in an explosive period, with Xiaomi launching its first generation of smartphones, WeChat having more than 100 million users, and Jack'd, a foreign same-sex dating software, entering the Chinese market.

So Le Geng took out CNY 200,000 of savings saved from his previous job and spent tens of thousands of yuan to hire a few graduate students from Beijing Jiaotong University to develop an app.  A few months later, Blued was born, "Blued means blue, and it has a flesh and blood connection with light blue network."

The product team may seem "amateurish", but Blued, which focuses on vertical dating, has made a good transition from portal social networking to mobile social networking and has become the most important product in the company's subsequent development.

With Light Blue's 10+ years of influence in the gay community, Blued grew rapidly, reaching 200,000 registered users in just one month after launch.

The rapid rise of Blued also brought Le Geng's team to the attention of capitalists.  Blued received an angel investment of CNY 3 million from Zhonglu Capital after the product was launched for only six months.  Le Geng recalled that the CNY 3 million was a great help to Blued team, which only had 34 employees at the beginning of the business, allowing the company to quickly expand its team and polish its products.  Within 11 months after launch, Blued's user base exceeded 2 million.

Then, in 2014, Blued received two rounds of financing from Clearstream Capital and Sunway Capital, totaling tens of millions of dollars and valuing the company at $300 million at the time. Up to now, Blued has received a total of 7 rounds of financing.

In 2016, Blued launched the live streaming function, and a clear commercialization path gradually unfolded. That year, Blued generated hundreds of millions of dollars in revenue with its live streaming business and mobile marketing.

In the following two years, BlueCity launched the overseas assisted reproduction consultation product "Blue Baby" and Blued membership service business.  By now, Le Geng has built a diversified product system of social communication, live streaming, health-related and family programs around the gay male community, with Blued as the core product.

Live Streaming for Cash

After 8 years of development, Blued now has over 49 million registered users worldwide and 6 million monthly active users (MAU).

Vertical community products usually have high user stickiness, and Blued, which focuses on same-sex dating, is no exception.  According to a research report by Frost & Sullivan, an internationally renowned consulting firm, Blued's active users spent more than 60 minutes a day in 2019 and opened the app more than 16 times a day on average.

Blued aimed at the overseas market at the early stage of its establishment.  In February 2015, Le Geng's team released the international version of Blued in the Netherlands; in December 2016, Blued invested in Hornet, an overseas app of the same type, to quickly gain market share in Latin America and North America through investment.  Currently, Blued is available in 11 languages, including English, French, Japanese, etc.

As of March this year, Blued's monthly active users in countries and regions outside of mainland China have accounted for more than 49% of its total monthly active users worldwide.

The large Blued user base is the cornerstone of the company's commercialization and realization.  The prospectus shows that BlueCity's revenue reached 759 million yuan in 2019, up 51.4% year-on-year from 501 million yuan in 2018.

However, BlueCity has yet to achieve profitability.  The prospectus shows that the net loss for 2018 and 2019 is CNY 90.2 million and 52.9 million, corresponding to a loss ratio of 18% and 7%.  For the first quarter of 2020, the adjusted net loss is CNY 7.6 million, with a net loss ratio of 3.7%.

Currently, BlueCity's revenue comes from four components: live streaming services, membership services, advertising services and others.  The live streaming business will generate revenues of CNY 460 million and CNY 670 million in 2018 and 2019, respectively, accounting for 91.3% and 88.5% of total revenues, respectively.

In terms of live streaming users, paid users of Blued's live streaming service were approximately 137,000 in the first quarter of 2019, growing to 178,000 by the first quarter of 2020.  The overall size of paid users is not high, but Blued users win because they are more capable of paying.

The average revenue of live paid users (ARPPU) is about 995 and 1,010 yuan in Q1 2019 and Q1 2020, respectively.  By way of comparison, according to media calculations, the ARPPU of the live-streaming business of Momo, which is also a social product, is only 363 yuan, much lower than Blued users.

In an interview with the media, Le Geng analyzed that users' willingness to pay in live streaming is so high because there is a lack of similar entertainment products for the homosexual group, and that live streaming can release their suppressed emotions in the society.

In the home page of Blued streaming, there is a segmented anchor group of "uncle".  The official Blued website reported on a 65-year-old rural "uncle" anchor who not only earned an income but also met friends his own age through live streaming.  The anchor once said, "I haven't felt this kind of pleasure and happiness for decades.

In addition to the live streaming service, Blued's most promising business is the membership service, with the number of paid people already surpassing the live streaming business, increasing from 85,000 in 2018 to 457,000 in 2019; membership service revenue also increased from CNY 3.06 million in the first quarter of 2019 to CNY 15.013 million in the same period of 2020, an increase of 390.6%.

Trillion dollar market

Blued targeted the overseas market early on because the ceiling of the domestic market was too low.

Le Geng said in a media interview that the Matthew effect is very obvious for social products, the more vertical the field, the more limited the giant products that can be accommodated, which is why Blued can occupy the majority of the market share in the domestic market.

In addition to expanding more users overseas, Blued also plans to increase its investment in other LGBTQ verticals.  Some of the funds raised in the plan of this IPO will be used for potential strategic acquisitions, investments and alliances.  The prospectus shows that in June 2020, BlueCity signed a letter of intent to acquire a community product targeting the lesbian community.

"With our existing expertise and ability to successfully serve the gay community, we are well positioned to understand the needs of different subgroups of the LGBTQ population."  Blued is banking on replicating its ability to operate gay and lesbian communities to other LGBTQ groups by investing in acquisitions.

With Blued plus other production lines, Le Geng is targeting a trillion-dollar LGBTQ market.

The Frost & Sullivan report shows that in 2018, the global LGBTQ population was approximately 450 million and is expected to grow to 591 million by 2023, representing 7.4% of the total population.  The percentage increase is due to growing social acceptance and a younger generation of LGBTQ people who are more open and willing to acknowledge their minority community identity.

And, this group has stronger spending power.  Le Geng pointed out that the same-sex community mostly does not have to consider offspring support and generally has higher income levels and a strong willingness to spend.

The global LGBTQ market size was $3.9 trillion in 2018 and is expected to reach $5.4 trillion by 2023, based on consumer spending and marketing expenditures.

The overseas market currently brings limited revenue to Blued, with the prospectus showing that overseas revenue accounted for 9.9% of total revenue in the first quarter of 2020, and revenue is still largely dependent on domestic users.

Blued's live streaming revenue in the China, too, faces growth challenges.

Paid subscribers for that business dropped slightly from 358,000 in 2018 to 326,000 in 2019. Given the low share of overseas revenue, if we remove the nearly 3 million monthly active users overseas, the domestic user live streaming payment rate is at a high level of 10.7%. And with an average annual revenue of 2,059 yuan per person, the room for growth is similarly limited.

Due to the special nature of the industry, Blued will also face a lot of regulatory pressure. Currently, the company has 120 employees who review content internally, accounting for about 25 percent of the total workforce.

"I hope one day we go public on NASDAQ, so that besides the business interests, people around the world can see that there is such a company in China that is working very hard to serve the same-sex population."  This has been Le Geng's wish all along.

Source: 21 Finance

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on _30_ August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

BLUECITY 蓝城兄弟    关于我们    社会责任    媒体报道    企业文化    投资者关系    简    EN

# 同性社交第一股Blued上市，一个"从1到4900万"的创业故事

7月8日晚间，同性交友软件Blued母公司蓝城兄弟控股有限公司(简称"蓝城兄弟")正式登陆纳斯达克。

按照发行价格每股16美元来算，蓝城兄弟(NASDAQ:BLCT)将融资约0.84亿美元。

据了解，蓝城兄弟拥有LGBTQ（女同性恋者Lesbian、男同性恋者Gay、双性恋者Bisexual、跨性别者Transgender、酷儿Queer）社区淡蓝网，以及目前中国最大的同性交友软件Blued。上市首日，蓝城兄弟股价大涨46%，市值为8.35亿美元。

在招股书上，蓝城兄弟特意提及这是一个"从1到4900万"的创业故事。"4900万"是目前Blued的全球注册用户量，而"1"则是创始人耿乐本人。在很长一段时间内，淡蓝网仅有他一个人，白天警局上班，晚上兼职运营。

自视为既是商业公司，也是一股"消除歧视，推动社会进步的温和力量"的Blued，将面临更多商业上的审视。

**辞职创业**

早在2000年，23岁的耿乐了解到自己属于少部分性取向不同群体后，为科普相关知识，让同性恋者有一个交流平台，便在网易平台申请个人空间。

做了6年淡蓝网，耿乐觉得，"中国的互联网，肯定有一天能为我们（同性恋）打开一扇窗"。2006年，耿乐扩大了网站运营规模，租了一个简陋的小民居，作为创始团队的办公场地。彼时，淡蓝网收入很少，服务器、人员开支、房租等费用，都需要靠网友捐赠来支撑。

尽管条件艰苦，小团队运营的淡蓝网很快脱颖而出，到了2007年，已是国内最大的同性恋网站。

两年后的2009年，耿乐认为创业团队应该到北京闯一闯，便租了几辆大卡车，把椅子板凳电脑，从秦皇岛拉到北京。

这趟北京之旅改变了耿乐的人生轨迹。2012年，一位在搜狐网工作的朋友将耿乐的创业故事拍成纪录片，发到了搜狐网站。耿乐火了，远在秦皇岛的领导也知道了他在做同性恋网站，他就无法再兼职创业了。

在创业与铁饭碗之间，耿乐选择了前者。耿乐开始全职创业的2012年，移动互联网处于爆发期，小米推出第一代智能手机，微信的用户超过1亿，国外同性交友软件 Jack'd 也进入了中国市场。

于是，耿乐拿出之前工作攒下的20万元存款，花了几万元钱聘请北京交通大学的几名研究生去开发一个App。数个月后Blued诞生了，"Blued的本意是蓝色，与淡蓝网有着血肉联系"。

产品团队看似"业余"，但主打垂直类交友的Blued，很好地完成了从门户社交到移动社交的转变，成为公司后续发展中最重要的产品。

借助淡蓝网在同性恋群体中积累了10多年的影响力，Blued发展迅速，上线一个月，注册用户就达到 20 万。

Case 1:21-cv-04044-FB-CLP    Document 39-8    Filed 12/09/22    Page 10 of 12 PageID #: 594

6/29/22, 17:52

Blued的迅速崛起，也让资本方注意到耿乐团队。产品上线仅半年时间，Blued获得中路资本300万元天使投资。耿乐回忆，这300万元对于创业初期仅有34名员工的Blued团队来说，作用巨大，让公司迅速扩充了团队，不断打磨产品。上线11个月，Blued的用户量突破了200万。

随后，在2014年，高速发展的Blued拿到清流资本、顺为资本的两轮融资，总融资额达到数千万级别，当时公司估值达3亿美元。截至目前，Blued一共获得7轮融资。

2016年，Blued推出直播功能，一条清晰的商业化路径渐次展开。这一年，凭借直播业务和移动营销，Blued营收数亿元。

随后两年，蓝城兄弟推出了海外辅助生殖咨询产品"蓝色宝贝"，以及Blued会员服务业务。至此，围绕着男同性恋群体，耿乐以Blued产品为核心，建立了一个社交、视频直播、健康相关和家庭计划等多元的产品体系。

**直播变现**

经过8年的发展，目前Blued在全球有超过4900万注册用户，月活跃用户（MAU）达到600万。

垂直类社区产品通常拥有较高的用户黏性，深耕同性交友的Blued也不例外。根据国际知名咨询机构弗若斯特沙利文(Frost&Sullivan)的研究报告，Blued活跃用户在2019年的日均停留时长超过60分钟，平均每日打开App次数超过16次。

Blued成立初期，就瞄准了海外市场，2015年2月，耿乐团队就在荷兰发布了Blued国际版本；2016年12月，Blued投资海外同类型应用Hornet，通过投资快速获取拉美和北美地区的市场份额。目前，Blued提供包括英语、法语、日语等在内的11种语言版本。

截至今年3月，Blued在中国大陆以外国家和地区的月活用户数，已占其全球月活跃总用户数的49%以上。

庞大的Blued用户群体，是公司商业化变现的基石。招股书显示，2019年蓝城兄弟营收达7.59亿元，较2018年的5.01亿元同比增长51.4%。

不过，蓝城兄弟尚未实现盈利。招股书显示，2018年、2019年的净亏损分别为9020万元、5290万元，对应的亏损率为18%、7%。2020年一季度，调整后净亏损为760万元，净亏损率为3.7%。

目前，蓝城兄弟的营收来自直播服务、会员服务、广告服务和其它四个部分。直播业务在2018年、2019年的收入分别为4.6亿元、6.7亿元，分别占总营收的91.3%、88.5%。

在直播用户方面，2019年一季度，Blued直播服务付费用户约为13.7万，到了2020年一季度则增长至17.8万。付费用户总体规模虽不算高，但Blued用户胜在付费能力更强。

2019年第一季度和2020年第一季度，直播付费用户的平均收益（ARPPU）分别约为995元和1010元。可以对比的是，据媒体测算，同为社交产品的陌陌直播业务ARPPU 仅为363元，远低于Blued用户。

在接受媒体采访时，耿乐分析道，用户在直播中付费意愿那么高，是因为对同性群体来说，同类娱乐产品缺乏，并且，直播能释放他们在社会中被压抑的情绪。

在Blued直播首页，设有"大叔"这一细分主播群体。Blued官方公号曾报道过一位65岁的农村"大叔"主播，通过直播，他不仅有一份收入，还认识了同龄朋友，这位主播曾表示，"几十年了，我都没有感受过这种愉悦和幸福"。

在直播服务之外，Blued最有商业潜力的当属会员服务，付费人数已超过直播业务，从2018年的8.5万人增加至2019年的45.7万人；会员服务营收也从2019年一季度的306万元，增长至2020年同期的1501.3万元，涨幅高达390.6%。

**万亿市场**

Blued一早就瞄准海外市场，是因为国内市场的天花板太低。

耿乐接受媒体采访时曾表示，对于社交产品而言，马太效应十分明显，越垂直的领域，所能容纳的巨头产品越有限，这也是Blued能在国内市场占据绝大部分市场份额的原因。

除了出海拓展更多用户，Blued还计划加大在其他LGBTQ垂直类产品的投入。此次IPO计划中，部分融到的资金将用于潜在的战略收购、投资和联盟。招股书显示，2020年6月，蓝城兄弟签署了一项意向书，收购针对女同性恋群体的社区产品。

"凭借现有的专业知识和成功服务同性恋社区的能力，我们处于有利位置，可以了解LGBTQ人群中不同子群体的需求。"Blued寄望将运营男同性恋社区的能力，通过投资并购方式，复制到其他LGBTQ群体中。

Blued加上其他产线，耿乐瞄准的，是一个万亿美元规模的LGBTQ市场。

弗若斯特沙利文报告显示，2018年，全球LGBTQ人口约为4.5亿，预计到2023年将增长至5.91亿，占总人口的7.4%。百分比的增长，是由于社会接受程度越来越高，年轻一代LGBTQ人群更加开放和愿意承认自己的少数社群身份。

并且，这一群体有着更强的消费能力。耿乐指出，同性群体大多不用考虑后代抚养问题，且收入水平普遍较高，消费意愿强烈。

按消费支出和营销支出计算，2018年全球LGBTQ市场规模为3.9万亿美元，预计到2023年将达到5.4万亿美元。

目前海外市场为Blued带来的营收有限，招股书显示，2020年第一季度海外营收在总营收占比为9.9%，收入主要还是依靠国内用户。

Blued在国内的直播营收，也面临增长挑战。

该项业务付费用户从2018年的35.8万微降至2019年的32.6万。鉴于海外营收占比过低，若去除海外近300万月活用户，国内用户直播付费率为10.7%，处于高位水平。并且每人年均2059元收入，增长空间同样有限。

由于行业特殊性，Blued还将面临很大的监管压力。目前，公司内部内容审核的有120名员工，约占总员工数的25%。

"希望有一天到纳斯达克上市，除了商业利益之外，让全世界人看一看，中国有这样一家公司，非常努力在为同性人群服务。"这是耿乐一直以来的心愿。

来源：21财经

上一篇                                                                                         下一篇

**BLUECITY 蓝城兄弟**        加入我们        联系我们        法律信息



京ICP备12033589号–29