# EXHIBIT I



**2020**
09–19

### 打造更具粘性的垂直社区，Blued推出"基地"功能

为更好地服务用户，凝聚社区氛围，提高社交效率，近日，全球领先的LGBTQ社区Blued推出了"基地"功能。



**2020**
09–10

### 蓝城兄弟马保力入选Business Insider商业变革者100人（亚洲）榜单

近日，知名国际商业新闻网站Business Insider发布了2020年商业变革者100人（亚洲）榜单，蓝城兄弟（NASDAQ:BLCT）创始人、董事长兼CEO马保力成功入选。



**2020**
09–04

### 国内领先的女性垂直社区LESDO加入蓝城兄弟

8月26日，蓝城兄弟（BlueCity，Nasdaq:BLCT）正式宣布完成对国内领先女性垂直社区LESDO（乐Do）的收购。



**2020**
08–28

### 蓝城兄弟2020年Q2财报：营收同比增长32.2%，LGBTQ社区多元化活力

北京时间8月26日，全球领先的LGBTQ社区蓝城兄弟发布了截至2020年6月30日的第二季度财务报告。



**2020**
08–18

### BlueCity Releases First Corporate Social Responsibility Report

### 蓝城兄弟发布首份企业社会责任报告

8月18日，蓝城兄弟（Nasdaq: BLCT）发布2019年度企业社会责任报告，这是蓝城兄弟首份企业社会责任报告。

**2020**
08–10

### 蓝城兄弟获颁"抗疫致敬品牌企业"奖

8月8日，2020第十四届中国品牌节年会开幕式在武汉举行，蓝城兄弟创始人、董事长兼CEO马保力受邀出席，并获颁"抗疫致敬品牌企业"奖。

**BlueCity Releases First Corporate Social Responsibility Report**

On August 18, BlueCity (Nasdaq: BLCT) released its 2019 Annual Corporate Social Responsibility Report, the first CSR report of BlueCity.  The report discloses in detail that BlueCity has combined its own characteristics and technological innovation to undertake and fulfill its corporate social responsibility, helping the people it serves to achieve a better quality of life and making efforts for social development and progress.

From a personal website to a mobile Internet product, from a "secret garden" for one person to an Internet technology company dedicated to providing a full range of services to a diverse range of users around the world, BlueCity has enabled users to enjoy convenient and secure services, including social, live video, health-related and family plans, through the integrated services of its Blued, Light Blue Public Welfare, He'er Health and Blue Baby businesses.  Its users are located in over 210 countries and regions worldwide.

[Picture]

A warm service system

Technological innovation and high demanding service standards are at the core of BlueCity's efforts to guarantee the quality of service for its users.  It is reported that the company has more than 130 R&D staff in 2019, accounting for more than 26% of the total number of employees.  Blued introduces AI image technology solutions for personalized operation of segmented people, data and modeling of interest social knowledge.  Its innovative user credit system can further promote users' friendly behavior, form an active and benign community ecological closed loop, and enhance users' experience in the community.

An innovative form of public welfare

Relying on its own advantages and its enterprise social responsibility platform "Blued Public Welfare", BlueCity has created a comprehensive public welfare publicity, testing and consultation system for HIV by developing a testing system, using continuous online and offline public welfare publicity including commercial resources, and establishing offline public welfare service points in cooperation with relevant organizations.  At the same time, relying on the Blued platform, we call on more social welfare organizations to join.  As of 2019, a total of 96 HIV prevention public welfare organizations are stationed on the Blued public welfare platform and use their official certified accounts to promote HIV prevention and treatment within the end.

Perfect Employee Protection

Comprehensive employee welfare protection, a perfect growth support system, and an inclusive and friendly office environment are a reflection of the importance Blued Brothers places on its employee.  The report shows that the labor contract signing rate of employees under BlueCity is 100%, the social security coverage rate is 100%, and the total investment in employee training is 960,000 yuan.  BlueCity is also committed to creating an inclusive and friendly work environment and strives to give every employee a sense of belonging.  We insist on the value of diversity and equality, and oppose and prohibit any discrimination based on geography, gender, sexual orientation and age.  We have also set up "gender-friendly" restrooms and mother and baby rooms in the company.

A harmonious service ecology

Community building is also an important strategy of BlueCity in creating a harmonious ecology.  BlueCity takes the development of non-public party construction as the hand, actively participates in the community construction and helps the community development.  In August 2019, with the support of Beijing Shuangjing Street Work Committee in Chaoyang District, a general meeting of all party members of BlueCity was held and the party branch of BlueCity was officially established.  From 1 person 20 years ago, to a team of 6 people 14 years ago, to today's leading global multicultural community service platform providing over 500 jobs; from the de-pathologization of homosexuality in China in 2001, to today's mainstream media advocating the elimination of social prejudice and understanding of individual differences ...... This is a reflection of social development, and It is also a reflection of the gradual movement of China's LGBTQ community towards the public.  The founder, chairman and CEO of BlueCity, Baoli Ma, said, "A gentleman can't help but be resolute, the task is heavy and the road is long.  BlueCity does not just want to be a dating software or live streaming platform, but hopes to use this platform to establish connections between people, content and services, and to provide LGBTQ people with services through the integration of various platforms.  We want to provide a complete, high-quality life-cycle service for LGBTQ people by integrating services from all platform s.  Because we believe that everyone should have equal access to high quality, tailored, friendly and non-discriminatory business services."

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on __30__ August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

蓝城兄弟发布首份企业社会责任报告_BlueCity蓝城兄弟_blued                                              6/29/22, 17:53

BLUECITY 蓝城兄弟

# 蓝城兄弟发布首份企业社会责任报告

8月18日，蓝城兄弟（Nasdaq: BLCT）发布2019年度企业社会责任报告，这是蓝城兄弟首份企业社会责任报告。报告详细披露了蓝城兄弟结合自身特性和技术创新，承担并履行企业社会责任，帮助其服务人群获得更好的生活品质，为社会发展和进步做出努力。

从个人网站到移动互联网产品，从一个人的「秘密花园」，到成长为致力于为全球多元用户提供全方位服务的互联网科技企业，蓝城兄弟通过旗下Blued、淡蓝公益、荷尔健康、蓝色宝贝等业务的综合服务，使用户享受到包括社交、视频直播、健康相关和家庭计划在内的便捷和安全的服务，用户遍及全球210多个国家和地区。



## 温暖的服务体系

科技创新和高要求的服务标准，是蓝城兄弟保障用户服务质量的核心。据悉，2019年公司拥有研发人员超过130位，占到员工总数的26%以上。Blued引入的AI图像技术方案，用于对细分人群的个性化运营，把兴趣社交知识数据化、模型化。其创新搭建的用户信用体系，能够进一步促进用户的友善行为，形成活跃良性的社区生态闭环，提升用户在社区中的体验。

## 创新的公益形式

蓝城兄弟利用自身优势，依托旗下企业社会责任平台"淡蓝公益"，通过研发检测系统，利用包括商业资源在内的持续线上线下公益宣传，以及与相关机构合作建立的线下公益服务点，打造了一个完善的HIV公益宣传、检测、咨询体系。同时，依托Blued平台，号召更多社会公益机构加入。截至2019年，共有96家防艾公益组织入驻Blued公益平台，并利用官方认证账号，在端内进行艾滋病防治宣传。

## 完善的雇员保障

全面的员工福利保障，完善的成长支持体系，包容、友好的办公环境，是蓝城兄弟重视人才的体现。报告显示，蓝城兄弟旗下员工劳动合同签署率100%、社保覆盖率100%、员工培训总投入96万元。蓝城兄弟同时致力于打造包容、友好的职场环境，努力让每一位员工有归属感。坚持多元平等的价值观，反对和禁止任何基于地域、性别、性取向、年龄的歧视。并在公司内设立"性别友善"卫生间、母婴室等设施。

## 和谐的服务生态

社区共建也是蓝城兄弟在打造和谐生态中的重要策略。蓝城兄弟以开展非公党建为抓手，积极参与社区共建，助力社区发展。2019年8月，在北京市朝阳区双井街道工委的支持下，蓝城兄弟全体党员大会召开，蓝城兄弟党支部正式成立。从20年前的1个人，到14年前的6人团队，再到如今提供了超过500个就业岗位、全球领先的多元文化社区服务平台；从2001年同性恋在中国去病化，到如今主流媒体倡导消除社会偏见，理解个人差异化……这是社会发展的体现，也是中国LGBTQ群体逐渐走向大众的体现。"士不可以不弘毅，任重而道远，"蓝城兄弟创始人、董事长兼CEO马保力表示，"蓝城兄弟不仅仅想做一款交友类软件或直播平台，而是希望利用这个平台在人、内容以及服务中间建立联系，通过整合各平台的服务为LGBTQ人群提供完整的、高质量的全生命周期服务。因为我们坚信，每一个人都应该平等地享受到高质量、量身定制、友好并且无歧视的商业服务。"

上一篇                                                                                          下一篇

---

**BLUECITY 蓝城兄弟**

加入我们            联系我们            法律信息

 

京ICP备12033589号–29