# EXHIBIT J

**Blued Launches the "Base" Function to Create a More Sticky Vertical Community**



**2020**

09–19

**打造更具粘性的垂直社区，Blued推出"基地"功能**

为更好地服务用户，凝聚社区氛围，提高社交效率，近日，全球领先的LGBTQ社区Blued推出了"基地"功能。



2020

09–10

**蓝城兄弟马保力入选Business Insider商业变革者100人（亚洲）榜单**

近日，知名国际商业新闻网站Business Insider发布了2020年商业变革者100人（亚洲）榜单，蓝城兄弟（NASDAQ:BLCT）创始人、董事长兼CEO马保力成功入选。



2020

09–04

**国内领先的女性垂直社区LESDO加入蓝城兄弟**

8月26日，蓝城兄弟（BlueCity，Nasdaq:BLCT）正式宣布完成对国内领先女性垂直社区LESDO（乐Do）的收购。



2020

08–28

**蓝城兄弟2020年Q2财报：营收同比增长32.2%，LGBTQ社区多元化活力**

北京时间8月26日，全球领先的LGBTQ社区蓝城兄弟发布了截至2020年6月30日的第二季度财务报告。



2020

08–18

**蓝城兄弟发布首份企业社会责任报告**

8月18日，蓝城兄弟（Nasdaq: BLCT）发布2019年度企业社会责任报告，这是蓝城兄弟首份企业社会责任报告。



2020

08–10

**蓝城兄弟获颁"抗疫致敬品牌企业"奖**

8月8日，2020第十四届中国品牌节年会开幕式在武汉举行，蓝城兄弟创始人、董事长兼CEO马保力受邀出席，并获颁"抗疫致敬品牌企业"奖。

**Blued Launches the "Base" Function to Create a More Sticky Vertical Community**

In order to better serve users, gather community atmosphere and improve social efficiency, Blued, the world's leading LGBTQ community, has recently launched the "Base" function.

It is understood that the "Base" has several interest sections, users can choose to join and interact according to common interests and background. In the background of similar interests, communication efficiency is greatly improved. In this regard, Blued's product manager said, "The Base function is interest-oriented, and we hope that the newly added features can help users better find like-minded friends."

[Picture]

Based on the relative specificity of the social needs of the LGBTQ community, a more inclusive and accurate virtual community has become an important driver to enhancing user activity. Since its inception, BlueCity has been committed to providing full lifecycle services for the LGBTQ community. BlueCity launched the vertical social entertainment mobile platform Blued in 2012, developed Blued International Edition in 2015, and launched Blued Live in 2016. In the process of continuous feature upgrades and product optimization, trend recommendations, super talk and other features have been welcomed by users. The recently launched "Base" feature is an important reflection of Blued's emphasis on community atmosphere and social interests.

[Picture]

In Blued, the diversity of culture and the development of Internet technologies echo each other. Take the "Base" function as an example, users can discuss their favorite books or games with friends thousands of miles away, share their emotions and gossip about their lives with friends who understand them, and form "Staying up late" and "Chattering brigade" with friends who have common hobbies. Blued helps users find their favorite organizations through the Base, and then find more close friends through them. It is worth mentioning that in recent years, Blued has been strengthening the innovative application of data analysis and artificial intelligence technologies, and Blued is trying to provide users with more relevant content recommendations to further enhance social efficiency and build a more viscous community ecology.

As a company that has been deeply involved in the LGBTQ community for 20 years, its understanding of users and comprehensive services have become the core strength of BlueCity's rapid development. On top of providing social services, Blued is working hard to open up the service chain of user groups, extending and developing value-added membership services, live entertainment, He'er health, family plans and other businesses, while exploring other businesses with more market space. In terms of health, Blued provides personalized health services for the LGBTQ community in its He'er Health business. According to a report by Frost & Sullivan, the average length of stay for active Blued users in 2019 was more than 60 minutes per day, and the average number of opens per day for active users was more than 16.

Blued's parent company, BlueCity, was born in 2000, and its predecessor, Light Blue, was one of the first and most influential LGBTQ online forums in China. According to Blued's

second quarter financial report, as of June 30, 2020, Blued had 54 million monthly active users worldwide, including 6.4 million monthly active users, and the total number of paid users increased by 58.5% compared to last year.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 30 August, 2022

Signed: Yan Pan

Print name: Yan Pan

打造更具粘性的垂直社区，Blued推出"基地"功能_BlueCity蓝城兄弟_blued

6/29/22, 17:55

BLUECITY 蓝城兄弟     关于我们    社会责任    媒体报道    企业文化    投资者关系    简    EN

# 打造更具粘性的垂直社区，Blued推出"基地"功能

为更好地服务用户，凝聚社区氛围，提高社交效率，近日，全球领先的LGBTQ社区Blued推出了"基地"功能。

据了解，"基地"内设有多个兴趣版块，用户可以根据共同的兴趣和背景选择加入并进行互动，在兴趣相投的背景中，沟通效率大大提高。对此，Blued相关产品负责人表示："基地功能以兴趣为导向，我们希望新添加的功能可以帮助用户更好地找到志同道合的朋友。"



基于LGBTQ群体社交需求的相对特殊性，更加包容、更加精准的虚拟社群成为提升用户活跃度的重要驱动力。蓝城兄弟自创立以来，即致力于为LGBTQ群体提供全生命周期服务。2012年，蓝城兄弟推出垂直社交娱乐移动平台Blued，2015年开发Blued国际版，2016年上线Blued直播板块。在不断进行功能升级和产品优化的过程中，动态推荐、超话等功能受到用户欢迎。而近日推出的"基地"功能，是Blued更加重视社区氛围、强调兴趣社交的重要体现。



Case 1:21-cv-04044-FB-CLP　　Document 39-10　　Filed 12/09/22　　Page 7 of 7 PageID #: 610



　　在Blued，文化的多元和互联网技术的发展交相呼应。以"基地"功能为例，用户可以与远在千里之外的小伙伴讨论喜欢的书或者游戏，和懂他们的朋友分享情感、吐槽生活，也可以和有共同爱好的小伙伴们一起组成"熬夜协会"、"唠嗑大队"。Blued协助用户通过基地找到喜爱的组织，然后通过他们找到更多密友。值得一提的是，近年来，蓝城兄弟不断加强对数据分析和人工智能等技术的创新应用，Blued正试图为用户提供更贴近性的内容推荐，在进一步提升社交效率的同时构建更具粘性的社区生态。

　　作为一家深耕LGBTQ群体20年的企业，对用户的理解和全方位的服务成为蓝城兄弟快速发展的核心优势。在提供社交服务基础上，Blued正在努力打通用户群体的服务链条，延伸开发了会员增值服务、直播娱乐、荷尔健康、家庭计划等业务，同时正在探索市场空间更大的其他业务。在健康方面，Blued为LGBTQ群体提供了个性化健康服务的荷尔健康业务。根据Frost & Sullivan的报告，2019年Blued活跃用户的平均每天停留时长超过60分钟，活跃用户的平均每天打开次数超过16次。

　　Blued母公司蓝城兄弟诞生于2000年，其前身"淡蓝网"是国内最早且最具影响的LGBTQ在线论坛之一。根据蓝城兄弟二季度财报数据，截至2020年6月30日，Blued全球月活用户达到5400万，其中月活跃用户640万，总付费用户较去年大幅增长58.5%。

上一篇　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　下一篇

BLUECITY 蓝城兄弟　　　　　　加入我们　　　联系我们　　　法律信息　　　　　

京ICP备12033589号–29