# EXHIBIT K

Case 1:21-cv-04044-FB-CLP    Document 39-11    Filed 12/09/22    Page 2 of 10 PageID #: 612



**2020**
12–19

### 蓝城兄弟荣获2018–2020年度中国互联网行业公益奖

12月17日，2020（第七届）中国互联网企业社会责任论坛在京举行。会上，中国互联网协会发布了行业自律贡献和公益奖入围名单，蓝城兄弟获评2018–2020年度中国互联网行业公益奖。



**2020**
12–16

### 蓝城兄弟马保力受邀参加粤港澳大湾区互联网发展创投论坛

12月2日上午，2020粤港澳大湾区互联网发展创投论坛暨中国互联网发展创新与投资大赛（深圳）总结发布在深圳举行。蓝城兄弟（Nasdaq：BLCT）创始人、董事长兼CEO马保力受邀参加大会圆桌论坛，与多位权威行业专家和资深业内人士一同就大湾区互...



**2020**
12–16

### 蓝城兄弟（BLCT.US）纳入富时罗素全球股票指数

11月21日，国际指数编制公司富时罗素公布了旗舰指数2020年11月的季度审议结果，蓝城兄弟（BLCT.US）将被纳入富时罗素（FTSE Russell）全球股票指数系列（GEIS）



**2020**
12–16

### 蓝城兄弟耿乐入选2020GQ年度人物

11月23日，国际知名男性时尚潮流杂志《智族GQ》在微博公布2020年12月刊"年度人物特辑"即将发行，并通过视频预告今年年度人物名单。蓝城兄弟创始人、董事长兼CEO耿乐入选该名单



**2020**
12–02

**BlueCity Q3 2020 Financial Report Revenue up 47.3% YoY, for the First Time Making a Single-Quarter Profit**

### 蓝城兄弟2020年Q3财报：营收同比增47.3%，首次实现单季盈利

北京时间12月2日，全球领先的LGBTQ社区蓝城兄弟（Nasdaq：BLCT）发布了截至2020年9月30日的第三季度未经审计的财务报告。



**2020**
11–27

### 2020"青春零艾滋"活动启动

11月24日，在第33个"世界艾滋病日"即将来临之际，由中国预防性病艾滋病基金会、淡蓝公益专项基金主办的2020"青春零艾滋"活动在京启动。活动携手防艾领域的知名人士、机构以及爱心伙伴，共同开展针对青年人群的艾滋病防治公益行动。

**BlueCity Q3 2020 Financial Report Revenue up 47.3% YoY, for the First Time Making a Single-Quarter Profit**

On December 2, Beijing time, BlueCity (Nasdaq: BLCT), a leading global LGBTQ community, released its unaudited financial report for the third quarter ended September 30, 2020.  The financial report show that BlueCity reported total revenue of CNY 297.6 million for the third quarter of 2020, an increase of 47.3% year-over-year.  Global registered users reached 58 million, including 6.3 million monthly active users, and total paid subscribers grew 43.8% year-over-year.  On a non-GAAP basis, BlueCity reported adjusted net income of CNY 7.1 million, achieving its first quarterly profit.

[Picture]

In response, BlueCity's Founder, Chairman and CEO Baoli Ma said, "In the third quarter of 2020, BlueCity continued to invest resources in optimizing our products and services and pursued opportunities to accelerate our expansion globally, including a series of marketing campaigns, the launch of the new 'Base' feature in Blued's China version, and a product version update to LESDO.  In addition, Blued completed a major local release update based on real user demand in Latin America.  We believe that BlueCity's relentless efforts in product innovation and global expansion will help broaden our user base and further enhance our global reach and international brand awareness."

Notably, on November 25, BlueCity announced the acquisition of Finka, a vertical social platform for men, for CNY 240 million in cash to further enrich its product matrix to serve users from different regions and ages.  As of today, the transaction has been successfully completed.  In this regard, Baoli Ma also said, "Finka is more focused on the younger generation, both at the product format level and at the user group level, and is strategically complementary to BlueCity in building the LGBTQ community, and we look forward to creating a brighter future for LGBTQ users."

First Quarterly Profitability, Strong Revenue User Growth

In the third quarter of 2020, BlueCity continued its strong growth momentum with solid and rapid development of all businesses, while achieving quarterly profitability for the first time.

On the revenue side, thanks to the vertical community-based operation strategy and localized operation approach, BlueCity's revenue from all businesses grew more significantly year-on-year.  In particular, live streaming revenue was CNY 255.2 million, up 42.9% year-over-year; membership service revenue was CNY 18.2 million, up 56.4% year-over-year; advertising service revenue was CNY 10.1 million, up 38.8% year-over-year; and other revenue was CNY 14.1 million, up 213.3% from CNY 4.5 million in the same period last year.

In terms of users, the total paid users of Blued mobile app under the BlueCity reached 494,000 in the third quarter of 2020, an increase of 43.8% year-over-year.  The continued rapid growth in paid users and other innovative business revenues fully demonstrates the potential business value of BlueCity and the tremendous vitality of the pink economy.

In response, BlueCity's Chief Financial Officer Zhiyong Li said, "BlueCity had a strong growth quarter, and we achieved satisfactory results on both the operational and financial fronts.  Total revenue increased 47.3% year-over-year to CNY 297.6 million, and we

==achieved our first profit on an adjusted basis in the quarter, reflecting our strong growth strategy and execution capabilities.  Looking ahead, we will create more growth opportunities through rapid expansion in the LGBTQ market and continued deeper cultivation of our sub-businesses."==

==Full Capital Acquisition of Finka to Build a Diverse LGBTQ Social Service Ecology==

On November 25, 2020, Beijing time, BlueCity announced that it has entered into a definitive agreement with Love Rainbow Hong Kong Limited ("Finka") and its controlled subsidiaries and affiliates to acquire 100% of Finka for CNY 240 million in cash.  The transaction has been successfully completed as of December 2, according to the financial report.

Finka is a leading vertical social app for men in China.  It provides rich product features such as matchmaking, private messaging, trends and live streaming for different social scenarios to help users build social connections, record and share their daily lives.  With approximately 3 million registered users as of September 2020, Finka is an important platform for LGBTQ people in China to expand their social connections.

According to a report by Frost & Sullivan, a leading consulting firm, the global LGBTQ population was estimated at 450 million in 2018 and is expected to grow to 591 million by 2023, accounting for 7.4% of the total population.  From the Light Blue website to Blued, Blued mobile app under BlueCity has grown from an LBS-based social app to a one-stop terminal that provides a combination of social, live, health and public welfare services, and is an "infrastructure-level app" widely loved by the global LGBTQ population.  Compared to the comprehensive community Blued has built, Finka's users are more from first and second-tier cities in China, and they are younger, more dynamic and creative.  With their respective business models and highly complementary user profiles, the acquisition will create a differentiated and synergistic development of "1+1 is more than 2", and will further open up the imagination for the future growth of Blued.

==Deepening localized product operations to enrich LGBTQ social and entertainment scenes==

==The continuous increase of community activity is based on BlueCity's deep insight and understanding of user needs.  As a vertical community dedicated to providing full lifecycle services for LGBTQ people, BlueCity has continued to build its product competitiveness while focusing on the real demands of users in different countries and regions, exploring more "cross-border" possibilities.==

[Picture]

This quarter, the series of short videos "Dear Sir" launched by Blued was officially launched, and the number of plays exceeded 33 million in just three months, and on the evening of November 22, the 20th anniversary concert of Blued was successfully held at the National Library Art Center.  Together with the Beijing Cool Kids Choir, the Blues Brothers brought a unique audio-visual feast to the audience and the Blued viewers.  The concert showed the vitality of China's sexual minority groups through diverse artistic expressions, using songs to cross language barriers, gender barriers and differences in orientation, and to convey a more diverse and inclusive voice to the community and beyond.

It is worth mentioning that as the first LGBTQ company to be listed on NASDAQ, BlueCity is also demonstrating the originality and commitment of a listed company.  As the 33rd World AIDS Day is approaching, BlueCity's Light Blue Public Welfare Fund has officially announced the launch of the "Youth AIDS Free Project", an AIDS prevention and treatment initiative for young people.

The "Youth AIDS Free Project" includes a donation of CNY 1 million from BlueCity to carry out AIDS prevention and treatment work for young people, providing capacity building support for 100 public welfare organizations in terms of flow and technology, and soliciting funding and technical support for 100 AIDS prevention and treatment projects for young people from the community.  This is the first time that Light Blue Public Welfare has launched a comprehensive and systematic public welfare support program for community welfare organizations nationwide, which will bring further development and promotion to youth AIDS prevention and treatment and the "Internet + HIV" public welfare model.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 30 August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

BLUECITY 蓝城兄弟                  关于我们    社会责任    媒体报道    企业文化    投资者关系    简    EN

# 蓝城兄弟2020年Q3财报：营收同比增47.3%，首次实现单季盈利

北京时间12月2日，全球领先的LGBTQ社区蓝城兄弟（Nasdaq：BLCT）发布了截至2020年9月30日的第三季度未经审计的财务报告。财报显示，蓝城兄弟2020年第三季度总收入2.976亿元人民币，同比增长47.3%。全球注册用户达到5800万，其中月活跃用户630万，总付费用户数同比增长43.8%。在非美国通用会计准则（NON-GAAP）下，蓝城兄弟调整后净利润为710万元人民币，首次实现季度盈利。



对此，蓝城兄弟创始人、董事长兼CEO马保力表示："2020年第三季度，蓝城兄弟持续投入资源优化产品和服务，并寻求在全球范围内加速扩张的机会，包括一系列的营销活动、在Blued中国版本中推出全新'基地'功能，以及对LESDO进行了产品版本更新等。此外，基于拉美地区用户的真实诉求，Blued完成了在当地的大版本更新。我们相信，蓝城兄弟在产品创新和全球拓展方面的不懈努力，将有利于拓宽我们的用户群体，进一步提升我们的全球影响力和国际品牌知名度。"

值得关注的是，11月25日，蓝城兄弟宣布以2.4亿元人民币现金方式收购男性垂直社交平台"翻咔"（Finka），以进一步丰富产品矩阵，为不同地区、不同年龄的用户提供服务。截至今日，该交易已经成功完成。对此，马保力同时表示："翻咔更聚焦年轻一代，无论是从产品形态层面还是用户群体层面，对于蓝城兄弟构建LGBTQ社区都具有战略补充意义，我们期待为LGBTQ用户创建一个更美好的未来。"

**首次实现季度盈利，营收用户强劲增长**

2020年第三季度，蓝城兄弟延续了强劲的增长势头，各项业务稳健快速发展，同时首次实现了季度盈利。

收入方面，得益于垂直社区化运营策略和本土化的运营方式，蓝城兄弟各项业务营收同比均有较大幅增长。其中，直播收入2.552亿元人民币，同比增长42.9%；会员服务收入1820万元人民币，同比增长56.4%；广告服务收入1010万元人民币，同比增长38.8%；其他收入为1410万元人民币，较去年同期的450万元人民币大幅增长213.3%。

用户方面，蓝城兄弟旗下Blued移动应用总付费用户在2020年第三季度达到49.4万人，同比增长43.8%。付费用户数和其它创新业务收入的持续快速增长，充分展示出蓝城兄弟潜在的商业价值以及粉红经济的巨大活力。

对此，蓝城兄弟首席财务官李智勇表示："蓝城兄弟迎来了一个强劲增长的季度，我们在运营和财务两方面都取得了令人满意的成绩。总收入同比增长47.3%至人民币2.976亿元，本季度实现了调整后口径下的首次盈利，这些业绩数据反映出我们强大的发展战略和执行能力。展望未来，我们将通过在LGBTQ市场的快速扩张和对旗下子业务的持续深耕来创造更多增长机会。"

**全资收购翻咔，构建多元LGBTQ社群服务生态**

北京时间2020年11月25日，蓝城兄弟宣布与爱彩虹香港有限公司（即"翻咔"）及其控制下的子公司和附属公司达成最终协议，其将以2.4亿人民币现金方式收购翻咔100%股权。财报显示截至12月2日，这笔交易已经成功完成。

翻咔是中国领先的、面向男性的垂直社交应用。针对不同社交场景，翻咔提供匹配、私信、动态以及直播等丰富的产品功能，旨在帮助用户建立社交联系，记录和分享日常生活。截至2020年9月，翻咔拥有注册用户约300万，是中国LGBTQ人群拓展社交关系的一个重要平台。

知名咨询公司Frost&Sullivan报告显示，2018年全球LGBTQ人口约为4.5亿，预计到2023年将增长至5.91亿，占总人口的7.4%。从淡蓝网到Blued，蓝城兄弟旗下Blued移动应用已经从一款基于LBS的社交应用成长为提供集社交、直播、健康、公益等服务为一体的一站式终端，是广受全球LGBTQ人群喜爱的"基础设施级应用"。与Blued所打造的综合社区相比，翻咔的用户更多来自中国一二线城市，他们更年轻、更具活力和创造力。二者业务模式各有侧重，用户画像高度互补，此次收购将令二者形成"1+1大于2"的差异化协同发展局面，也将为蓝城兄弟未来的增长进一步打开想象空间。

蓝城兄弟2020年Q3财报：营收同比增47.3%，首次实现单季盈利_BlueCity蓝城兄弟_blued

6/29/22, 17:57

**深耕本地化产品运营，丰富LGBTQ社交及娱乐场景**

社区活跃度的不断提升，离不开蓝城兄弟对用户需求的深刻洞察和理解。作为一家致力于为LGBTQ人群提供全生命周期服务的垂直社区，蓝城兄弟在持续打造自身产品竞争力的同时，也着眼于不同国家和地区用户的真实诉求，探索更多"跨界"的可能。



本季度，由Blued推出的系列短视频《亲爱的先生》正式上线，短短三个月内播放量就突破了3300万。11月22日晚，"淡蓝色的回忆"淡蓝20周年音乐会在国家图书馆艺术中心成功举办。蓝城兄弟携手北京酷儿合唱团，为全场观众及观看直播的Blued网友，带来了一场独特的视听盛宴。音乐会通过多元的艺术表达展现出中国性少数群体的活力，用歌声跨越语言的隔阂、性别的屏障和取向的不同，向社群内外传递更多元、包容的声音。

值得一提的是，作为首家登陆纳斯达克的LGBTQ公司，蓝城兄弟也在展现一家上市企业的初心和担当。在第33个"世界艾滋病日"即将来临之际，蓝城兄弟旗下淡蓝公益专项基金正式宣布启动"青春无艾计划"，开展针对青年人群的艾滋病防治公益行动。

"青春无艾计划"主要包括蓝城兄弟捐赠100万元人民币用于开展青年人艾滋病防治工作，为100个公益机构提供流量、技术等能力建设支持，向社会征集100个针对青年人的艾滋病防治项目给予经费、技术等全维度支持等三个方面。这是淡蓝公益首次面向全国社区公益组织推出全面系统化的公益支持计划，将为青年艾滋病防治工作、和"互联网+HIV"公益模式带来进一步的发展和推动。

上一篇

下一篇

**BLUECITY 蓝城兄弟**

加入我们          联系我们          法律信息

  

京ICP备12033589号–29