# EXHIBIT L

**BlueCity Announces the Acquisition of Finka to Build a Diverse LGBTQ Community Service**



2020
11–25

**蓝城兄弟宣布全资收购翻咔，构建多元LGBTQ社群服务生态**

北京时间2020年11月25日，全球领先的LGBTQ在线社区蓝城兄弟（NASDAQ:BLCT）宣布，将以2.4亿人民币现金方式收购翻咔100%股权



2020
11–18

**蓝城兄弟荣获格隆汇"2020年度最具创新力IPO奖"**

11月16日，由格隆汇主办的"大中华区最佳上市公司·2020"颁奖典礼在成都举行。蓝城兄弟获评"2020年度最具创新力IPO奖"。



2020
11–04

**蓝城兄弟获评2020向光奖抗疫特别贡献奖**

10月31日，中国社会企业与影响力投资论坛2020年会暨2020向光奖颁奖典礼在北京拉开帷幕。经过多轮评审及线上路演，蓝城兄弟入围社企论坛2020向善企业，并获评2020向光奖–抗疫特别贡献奖。



2020
11–04

**蓝城兄弟创始人马保力荣获2020拉姆·查兰管理实践奖**

10 月 30 日，由《哈佛商业评论》主办的2020"拉姆·查兰管理实践奖"颁奖典礼在北京拉开帷幕，蓝城兄弟马保力凭借在移动互联网垂直社交领域的探索和实践创新，以及对性少数群体生活质量提升的持续推动，荣获2020拉姆·查兰管理实践奖创新创业实践…



2020
10–21

**蓝城兄弟入选2020中国企业慈善公益500强榜单**

10月18日，第四届中国企业慈善公益论坛发布了2020中国企业慈善公益500强榜单，蓝城兄弟入选并应邀作为企业代表在大会参与圆桌发言



2020
09–30

**马保力被聘为北京市优化营商环境社会监督员**

近日，蓝城兄弟创始人、董事长兼CEO马保力当选北京市优化营商环境社会监督员

**BlueCity Announces the Acquisition of Finka to Build a Diverse LGBTQ Community Service**

On November 25, 2020, Beijing time, BlueCity (NASDAQ:BLCT), the world's leading global LGBTQ online community, announced that it had entered into a definitive agreement with Aloha Hong Kong Limited ("Finka") and its subsidiaries and affiliates to acquire 100% equity interest in Finka for CNY 240 million in cash. The transaction is expected to be completed by mid-December.

Finka is a leading Chinese vertical social networking application for men. It offers a wide range of features for different social scenarios, including matching, private messaging, trends and live streaming, to help users build social connections, record and share their daily lives. According to the report of Frost & Sullivan, Finka had over 2.7 million registered users in 2019 and is an important platform for LGBTQ people in China to expand their social connections.

With regard to the acquisition, Baoli Ma, the founder, director and chief executive officer of BlueCity, said, "We are very pleased to have reached an acquisition agreement with Finka, which is more focused on helping users build social and emotional connections than Blued, which aims to provide users with products and services of a full lifecycle. We share a common mission behind our differentiated services, and are committed to creating value for the LGBTQ community through innovative products and services. We are both committed to creating value for the LGBTQ community through our innovative products and services. Finka is a strategic addition to the LGBTQ community, both in terms of the product format, which focuses on dating and 'sliding cards', and in terms of the user base. After the partnership, Finka will remain an independent operation and we will provide full financial and operational support."

Baoli Ma also said, "BlueCity is building a more diverse LGBTQ community, and we want to serve users of all ages and geographies. We believe that no single software can satisfy all the needs of our community users, and will launch more diverse products based on their needs. As the world's leading LGBTQ community, we have a deep understanding of our users and will continue to improve and broaden our services through our own growth and potential acquisition opportunities."

Qiang Xiao, Founder and Chief Executive Officer of Finka, said, "Blued and Finka each have their own unique characteristics and strengths, and this acquisition will cover a wider range of users and needs, create a wider market space through complementary strengths and strategic synergies, and provide better products and services to more LGBTQ people. We look forward to building a bright future together with the excellent team of BlueCity."

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on  30  August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

蓝城兄弟宣布全资收购翻咔，构建多元LGBTQ社群服务生态_BlueCity蓝城兄弟_Blued    6/29/22, 17:56

# 蓝城兄弟宣布全资收购翻咔，构建多元LGBTQ社群服务生态

北京时间2020年11月25日，全球领先的LGBTQ在线社区蓝城兄弟（NASDAQ:BLCT）宣布，蓝城兄弟已与爱彩虹香港有限公司（即"翻咔"）及其控制下的子公司和附属公司达成最终协议，将以2.4亿人民币现金方式收购翻咔100%股权，该交易预计将在12月中旬以前完成。

翻咔是中国领先的、面向男性的垂直社交应用。针对不同社交场景，翻咔提供匹配、私信、动态以及直播等丰富的产品功能，旨在帮助用户建立社交联系，记录和分享日常生活。根据Frost & Sullivan报告，翻咔在2019年拥有超过270万注册用户，是中国LGBTQ人群拓展社交关系的一个重要平台。

对于此次收购，蓝城兄弟创始人、董事长兼首席执行官马保力表示："我们很高兴与翻咔达成收购协议，相比Blued旨在为用户提供全生命周期的产品与服务，翻咔更聚焦于帮助用户建立社交与情感连接。而差异化的服务背后是共同的使命，我们都在致力于通过创新的产品和服务，为LGBTQ社群创造价值。无论是从主打交友和'滑动卡片'的产品形态层面、还是用户群体层面，翻咔对于蓝城兄弟构建LGBTQ社区都具有战略补充意义。双方携手后，翻咔将会保持独立运营，我们会提供全方位的财务和运营支持。"

马保力还表示："蓝城兄弟正在构建一个更多元的LGBTQ社群服务生态，我们希望为不同地域、不同年龄的用户提供服务。我们认为没有任何一个单独软件能够满足社群用户的一切需求，我们将基于用户不同需求推出更多元的产品。作为全球领先的LGBTQ社区，我们对用户有着深刻的理解，并将通过自身增长和潜在的并购机会不断改进和拓宽我们的服务。"

翻咔创始人、首席执行官肖蕾表示："Blued和翻咔各具特色与优势，此次收购将覆盖更广泛的用户和需求，通过优势互补和战略协同，创建更广阔的市场空间，为更多LGBTQ人群提供更好的产品和服务。我们期待携手蓝城兄弟优秀的团队，共同创建美好未来。"

上一篇    下一篇

