# EXHIBIT M

Case 1:21-cv-04044-FB-CLP　　Document 39-13　　Filed 12/09/22　　Page 2 of 20 PageID #: 627

BLUECITY 蓝城兄弟　　　　　　　　　关于我们　　社会责任　　媒体报道　　企业文化　　投资者关系　　简 / EN



2020–12–22　　**Takung Pao - The First Stock of the Pink Economy Reflects China's Tolerance and Openness**

**大公报：粉红经济首股 折射中国包容开放**

蓝城兄弟创始人、董事长兼CEO耿乐对话《大公报》

查看更多

## 媒体报道 PRESS



2020–08–27

### 南方周末：蓝城兄弟发布上市后首份社会责任报告

8月18日，蓝城兄弟发布《2019年社会责任报告》，向社会公众全面披露公司践行社会责任的管理举措和行动成效。

查看更多



2020–08–27

### 用科技创新多元生活——蓝城兄弟发布2019企业社会责任报告

8月18日，蓝城兄弟发布《2019年度企业社会责任报告》。报告详细披露了这家深耕垂直领域的互联网科技公司，如何结合自身特性和技术创新，承担并履行企业社会责任，帮助其服务人群获得更好的生活品质、为社会发展和进步做出的努力。

查看更多

**Takung Pao - The First Stock of the Pink Economy Reflects China's Tolerance and Openness**

Source: Takung Pao

[Picture: Le Geng, founder, chairman and CEO of BlueCity (Photo by interviewee)]

BlueCity (BLCT), the first stock of pink economy globally, was listed on NASDAQ on July 8 this year.  Behind a myth of entrepreneurship born out of the Internet, it is even more marginal groups that are starting to get attention.  Le Geng, founder, chairman and CEO of BlueCity, told Takung Pao that the outside world has gone from opposition to resistance to gradual tolerance and understanding, and then to respect and friendship, and the process of finding a sense of belonging for LGBTQ (sexual minority) step by step in 20 years of entrepreneurship reflects China's increasing openness and tolerance.  In the future, we hope that BlueCity will continue to develop its commercial value while glowing with more social value.  \ Takung Pao reporter: Zhi Sun, Fangjie Ren

----

On April 1, 2003, Leslie Cheung, the first superstar of his generation to disclose his special sexual orientation, jumped to his death from a building due to depression.  Le Geng described how shocked he was when he first heard the news, which is still fresh in his mind, and how a similar experience had made him extremely depressed and bitter.

Twenty years ago, "homosexuality" was a word that was hard to say to people, and LGBTQ people could only hide their true selves "deep in the closet," but change is happening in a subtle way.  Le Geng graduated from the police academy in 2000 and became a police officer in Qinhuangdao City.  In that era, he was so confused about his sexuality that he could only record his feelings on the Internet, trying to be seen by those who might be like him, and thus Light Blue Website, the predecessor of BlueCity, was born.

Promoting anti-discrimination and tearing off social labels

[Picture: On July 8 this year, BlueCity was listed on Nasdaq (Photo by interviewee)]

Although the website was small, it was like a beam of light shining into the "lonely era", and the website attracted its first readers with its "gay"-related current affairs information, fiction articles, literary works and personal diaries.  "I want to open a window on the Internet for sexual minorities to find their friends and belongings.  It also allows the public to learn about them through such a window, so that they can live under the sun equally." This is the original intention of Le Geng's business.

However, it was not easy to keep the website running.  After the turn of the millennium, LGBTQ was no longer a crime or a pathology, but it still carried the burden of being "promiscuous," "HIV" and "immoral."  Due to the influence of the Internet information regulation policy at that time, the website "Light Blue" was shut down several times.  Le Geng said that even in the midst of this hardship, Light Blue has always maintained an identity among the LGBTQ community and actively tried to bring the voice of the LGBTQ community to the outside world.  It quickly became the largest vertical community dating site with interactive experiences, providing an important portal for LGBTQ people to find peers.

The turning point came in 2008 when Xinhua News Agency published a foreign-language report on LGBTQ China, which included a discussion of Light Blue. This was the first time Le Geng saw a positive report on homosexuality in China's mainstream media, and afterwards the social environment for Light Blue improved dramatically and he led his team from Qinhuangdao to Beijing in search of better development.

In order to tear off the label of HIV on gay men, in 2012, Light Blue started to cooperate with relevant departments to promote testing smoothly, popularize knowledge of HIV prevention and promote HIV anti-discrimination work, which has achieved great results in a short period of time.

54 million users worldwide 49% overseas

[Picture]

The mobile Internet era has also brought new development opportunities for Light Blue. In the same year, BlueCity launched Blued APP, which reached 12 million users in just a few months. 3 years later, the company opened its international layout and launched Blued International Edition. At present, Bluebird's products and services cover more than 210 countries and regions around the world, with more than 54 million registered users worldwide and 49% of active users overseas. The company employs over 600 people worldwide and has offices in 8 countries and regions overseas.

Against the backdrop of the return of Chinese stocks this year and the U.S. government's tightening of listing for Chinese companies, BlueCity listed on NASDAQ in the U.S. and closed up 46.44% on its first day of listing. Le Geng said that in the future, he will further cultivate countries and regions such as Latin America, as the scale, density and spending power of local users are strong. He continued that more international talents will be recruited in the future to promote the development of overseas markets.

The 20-year story of Le Geng and the BlueCity is an inspiring Chinese story. Le Geng believes that after 20 years of accumulation and precipitation, his understanding and knowledge of the LGBTQ community has become the company's invisible and valuable asset. "I hope that the listing of BlueCity will give more people the strength to face themselves and this troubled world with courage to pursue their own hearts and a bright future."

Words you know / LGBTQ and the pink economy

[Picture: Behind a myth of entrepreneurship born out of the Internet, it's the marginalized groups that are starting to get attention]

LGBTQ is a collective term for Lesbian, Gay, Bisexual, Transgender, Queer, Intersex, Asexual and other sexual minorities not mentioned above. LGBTQ can refer to all non-heterosexual people. The pink economy is an economic model based on the culture and needs of the LGBTQ community.

* BlueCity's Two Business Segments - Business Segment

1、Blued mobile application is the main product of BlueCity, which is a one-stop terminal for its various platforms and services, enabling users to enjoy convenient and secure services including social entertainment, live streaming, health-related services and family planning

2、He'er Health is a health service platform focusing on men's health under BlueCity, providing convenient and professional Internet health services

3、Blue Baby provides users with personalized family planning consultation services

4、LESDO (Le Do), a leading vertical community for women in China

5、Finka, a leading vertical social application for men in China

* BlueCity's two business segments - Public Welfare Segment

[Picture]

Light Blue Public Welfare is a corporate social responsibility platform of BlueCity, which takes advantage of the Internet to provide health public welfare services such as AIDS prevention and treatment.

Investors say / Businesses return 180 times for every $1 invested

[Picture]

According to Handi Xian, a founding partner of Guohong Jiaxin Capital, which participated in the "C+ round" of financing for BlueCity, as society becomes more aware and inclusive of LGBTQ people, more and more LGBTQ people are willing to express their needs and show their strengths and abilities. Citing relevant data, he said that in 2023, the global LGBTQ population will be close to 600 million, with high user APP usage activity and strong spending power, and as the world's largest vertical community and the company that knows user needs best, the future development of BlueCity is promising.

"From 1 to 54 million users, we have witnessed a milestone set by the BlueCity team and landed on NASDAQ this year as the first stock of the global pink economy. 20 years of insisting on doing one thing well and doing it to the extreme is not easy." As an entrepreneur, Handi Xian deeply understands the difficulties and hardships involved.

According to Handi Xian, as the world's first listed gay social software, BlueCity provides diversified services and communication platform for vertical people, and also actively carries out public welfare activities in the field of AIDS prevention and control, which is highly recognized by relevant departments. For the future development layout, Le Geng also revealed that the big health segment will become the second growth curve.

The spending power of LGBTQ should not be underestimated. Studies have reported that China's LGBTQ potential spending power reached $541 billion as of 2018, with businesses earning a return of $180 for every $1 invested in LGBTQ, four to five times higher than heterosexuals.

"Most LGBTQ people do not have families or children, and their spending power is higher; coupled with the fact that LGBTQ are more likely to be discriminated against and marginalized, they need to prove their value with better careers and better income, so they live more like xiaozi (petty bourgeoisie) and have more desire to spend." Le Geng analyzed.

* Blued users have high stickiness

In 2016, Blued achieved full-year profit in its mainland business.  In 2017, brands such as Jingdong, Tmall and Taobao began to place advertisements.  In 2018, new businesses such as value-added membership, content e-commerce for male consumers, short video and game co-op were launched one after another.  BlueCity's earnings report showed total revenue of CNY 247.4 million in the second quarter of 2020, up 32.2% year-on-year.  Le Geng introduced that Blued's live streaming revenue accounted for about 80% of total revenue, and total paid users grew significantly by 58.5% compared to last year.

According to research reports from leading institutions such as Tiger Securities and AMTD International, Blued is the largest LGBTQ vertical community in China and has a strong global presence, with products and services that are particularly attractive to LGBTQ users, showing high stickiness and purchasing power.  They recommend to give this company a "Buy in" rating.

Elimination of discrimination / AIDS prevention and treatment civil society organizations play a big role

[Picture]

For Le Geng, one of the most impressive experiences was when he was one of the leaders of 11 civil society organizations fighting AIDS (HIV) and was received by then Vice Premier Keqiang Li at the Ministry of Health on November 26, 2012, and was arranged to be the first to shake hands with him.

"The Premier said he didn't want to hear people praise the government, but only wanted to understand their problems and difficulties, and then how the government could help them do things better." During Le Geng's presentation of the company, the Premier asked directly, "Do you have any difficulties?"

Le Geng talked about how the biggest difficulty is that society discriminates against LGBTQ people, that HIV is just a contagious disease, not exclusive to gays, and that the overall percentage of the base of heterosexuals infected is much larger.  "Having HIV is just because you didn't protect yourself at the time, it has nothing to do with morality."

Keqiang Li said, to play a good role of civil society organizations, in the field of HIV prevention and control, the role of social organizations have a special, irreplaceable role. HIV prevention and control is not only the CDC department, but the whole society needs to mobilize together to promote, so that society to eliminate discrimination.

Social Responsibility / Public Welfare Goes International Promoting Internet Prevention and Control

[Picture]

World AIDS Day (translated as AIDS in the Mainland) is celebrated on December 1 every year.  This year, BlueCity' men's health service platform, Hoel Health, has launched a youthful AIDS-free plan, from the "safe and secure testing of AIDS", "scientific prevention of AIDS and safe love", "male health goodies recommendation "In three dimensions, it launched a series of special services, love prevention knowledge topics, love prevention tools and preferential rights for HIV prevention and treatment, and provided free HIV testing services.

In 2012, Le Geng approached the Beijing Changping CDC to begin a partnership in HIV awareness and prevention.  "When I first arrived there, I was worried about being discriminated against, but the CDC officials were happy to see me and wanted us to mobilize LGBTQ to get tested for HIV.  We then kept putting up publicity ads on our webpage and organized more than 20 network members to go for the first time, resulting in several cases of testing." In recent years, BlueCity has been working with community partners across the country one after another to establish a nationwide testing network.  The software "Happy Check", launched by its CSR platform Light Blue Public Welfare, allows you to find the nearest public welfare monitoring site to make an appointment by locating it and leaving only your cell phone number, even without your real name, which greatly protects the privacy of the testers and solves the difficulty of finding the target group in the past.

[Picture]

In addition, Blued, on behalf of Chinese technology enterprises and public welfare organizations, has been a voice in the international public welfare field, sharing its concept and practical experience of "Internet + HIV prevention and control" at high-level meetings of the United Nations and the World AIDS Conference.  It has also cooperated with the disease control departments of "One Belt and One Road" countries to guide them to use the Internet to prevent and control HIV.  On the day of its U.S. IPO on July 8 this year, BlueCity announced another donation of CNY 1 million to the China Foundation for STD and AIDS Prevention's Light Blue Public Welfare Fund, which aims to promote HIV prevention and control.

"Corporate social responsibility as I understand it is a systematic presentation of measures when a company implements concrete implementation after a clear pursuit of values.  BlueCity expects to drive more goodwill and inspire more potential through concrete actions to help those who really need help." Le Geng said.

[Picture]

**CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on _30_ August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

BLUECITY 蓝城兄弟

# 大公报：粉红经济首股 折射中国包容开放

来源：大公报



图：蓝城兄弟创始人、董事长兼CEO耿乐（受访者供图）

全球粉红经济第一股——蓝城兄弟（BLCT），今年7月8日在美国纳斯达克挂牌上市。一个因互联网而生的创业神话背后，更是边缘群体的开始受到关注。蓝城兄弟创始人、董事长兼CEO耿乐对《大公报》记者直言，外界从反对牴触到逐渐包容理解，再到尊重友好，创业20年一步步为LGBTQ（性少数群体）寻找归属感的过程，折射的是中国愈加开放、包容，未来希望蓝城兄弟在不断发展商业价值的同时，焕发更多社会价值。\大公报记者 孙志 任芳颉

————

2003年4月1日，首位公开自己特殊性取向的一代巨星张国荣，因抑郁症跳楼身亡。耿乐形容当年初闻消息时的震惊，至今记忆犹新，相似的体验也曾令他极度压抑苦闷。

20年前，"同性恋"是一个难以向人提起的字眼，LGBTQ只能把真实的自己"深深藏在柜子裏"，但改变正在潜移默化的发生着。耿乐2000年从警校毕业，成为了秦皇岛市的一名警察。那个时代，他对於自己的性倾向感到迷茫，只能在网络上记录心情，试图让那些可能与自己一样的人看到，蓝城兄弟的前身淡蓝网由此而生。

**推动反歧视 撕掉社会标签**



图：今年7月8日，蓝城兄弟在纳斯达克挂牌上市（受访者供图）

网站虽小，却像是一束光照进了那个"孤独年代"，淡蓝网凭藉"同志"相关时事资讯、小说文章、文艺作品、个人心情日记等内容，吸引了首批读者。"我想在互联网上给性少数群体打开一扇窗，找到自己的朋友和归属。同时也让公众通过这样一扇窗口来了解他们，让他们能够平等地生活在阳光下。"这便是耿乐创业的初心。

然而，要把网站营运下去并不容易。进入千禧年之后，LGBTQ虽已不是犯罪和病态，但依然背负着"滥交"、"爱滋病（HIV）"、"不道德"的包袱。受当时网络信息监管政策影响，淡蓝网多次被关闭。耿乐谈到，即便在困境之下，淡蓝网也始终在LGBTQ群体中维繫着认同，并积极尝试向外界传递LGBTQ群体的声音。2007年，淡蓝网上线了交友平台"BF99"，借助交互体验，迅速成为垂直社群用户量最大的交友网站，为LGBTQ找到同伴提供了重要入口。

新华社在2008年发表了一篇介绍中国LGBTQ的外文报道，成为了转捩点，其中更谈及了淡蓝网。这是耿乐第一次在中国主流媒体上，看到关於同性恋的正面报道，之后淡蓝网面临的社会环境大为改善，他也带领团队从秦皇岛到了北京，寻找更好的发展。

为了撕掉HIV在男同性恋身上的标籤，2012年，淡蓝网开始与相关部门合作，促进检测工作顺利展开，普及预防爱滋病知识，推动HIV反歧视工作，短期内取得了巨大成效。

全球用户5400万 海外占49%



移动互联时代也为淡蓝网带来新发展契机。蓝城兄弟同年推出的Blued APP，短短几个月的用户量便达1200万个。3年后，公司开启国际化布局，推出Blued国际版。目前，蓝城兄弟产品与服务覆盖全球210多个国家和地区，全球註册用户超过5400万个，海外活跃用户佔比49％。公司全球员工逾600人，在海外8个国家和地区设有办公室。

在今年中概股回归和美国政府对中企上市收紧的背景下，蓝城兄弟在美国纳斯达克挂牌上市，上市首日收盘大涨46.44％。耿乐表示，未来将进一步深耕拉美等国家和地区，因当地用户规模、密度和消费能力均很强劲。他续称，未来还将招聘更多国际化人才，推动海外市场发展。

耿乐和蓝城兄弟20年的故事，是一个励志的中国故事。耿乐认为，经过20年的积累和沉澱，对LGBTQ群体的了解和认知，已成为公司隐形的宝贵财富。"希望蓝城兄弟的上市，可以给更多人力量，让他们有勇气面对自己，面对这个纷繁的世界，勇敢追寻自己的内心和美好的未来。"

话你知 / LGBTQ与粉红经济



Case 1:21-cv-04044-FB-CLP　　Document 39-13　　Filed 12/09/22　　Page 12 of 20 PageID #: 637



图：一个因互联网而生的创业神话背后，更是边缘群体的开始受到关注

LGBTQ是女同性恋者（Lesbian）、男同性恋者（Gay）、双性恋者（Bisexual）、跨性别者（Transgender）、酷儿（Queer）、间性人（Intersex）、无性恋（Asexual）及以上未提及的其他性少数群体的统称。LGBTQ可泛指所有非异性恋者。粉红经济是基於LGBTQ群体文化和需求所产生的经济模式。

**\* 蓝城兄弟两大业务板块 – 商业板块**

1、Blued移动应用是蓝城兄弟的主要产品，是其旗下各平台和服务的一站式终端，使广大用户享受到包括社交娱乐、视频直播、健康相关和家庭计劃在内的便捷和安全的服务

2、荷尔健康是蓝城兄弟旗下专注男性健康领域的健康服务平台，提供便捷、专业的互联网健康服务

3、蓝色宝贝为用户提供个性化的家庭计劃谘询服务

4、LESDO（乐Do），是中国领先的女性垂直社区

5、翻咔（Finka），是中国领先的、面向男性的垂直社交应用

**\* 蓝城兄弟两大业务板块 – 公益板块**





淡蓝公益是蓝城兄弟旗下企业社会责任平台，利用互联网优势，提供爱滋病防治等健康公益服务。

**投资者说 ／ 商家每投入1美元 回报180倍**

| 蓝城兄弟融资情况 | | | |
|---|---|---|---|
| 时间 | 阶段 | 融资金额 | 投资者 |
| 2013年8月 | 天使轮 | 300萬人民幣 | 上海中路资本 |
| 2014年2月 | A轮 | 数千萬人民幣 | 清流资本 |
| 2014年10月 | B轮 | 3000萬美元 | 顺為资本、DCM |
| 2016年4月 | C轮 | 数億元人民幣 | Ventech China領投，香港新世界集團、BAI和DCM跟投 |
| 2016年7月 | C＋轮 | 数千萬美元 | 嘉御资本領投 國宏嘉信资本跟投 |
| 2017年12月 | D轮 | 1億美元 | 鼎暉投资領投，UG资本跟投 |

公开资料整理

国宏嘉信资本参与了蓝城兄弟"C＋轮"融资，其创始合夥人冼汉迪指出，随着社会对LGBTQ人群的认识和包容提升，越来越多LGBTQ人群愿意表达自己的需求，展现优势和能力。他引述相关数据称，2023年，全球LGBTQ人口将接近6亿，用户APP使用活跃度高、消费能力强，作为全球最大垂直社群和最懂用户需求的蓝城兄弟，未来发展可期。

"以1到5400万用户，我们见证了蓝城兄弟国队创下的一个个里程碑，并在今年登陆美国纳斯达克成为全球粉红经济第一股，30年来将持续做好一件

从1到5400万用户，我们见证了蓝城兄弟团队创下的一个个里程碑，并在今年登陆美国纳斯达克成为全球粉红经济第一股。20年来坚持做好一件事，并且做到极致是非常不容易的。"作为创业过来人，冼汉迪深刻体会到当中的困难与艰辛。

冼汉迪认为，作为全球第一家上市的同性社交软件，蓝城兄弟为垂直人群提供多元化服务和沟通交流平台，同时在防治爱滋病领域积极开展公益活动，获得有关部门的高度认可。对於未来发展布局，耿乐也透露，大健康板块将成为第二个增长曲线。

LGBTQ的消费力不容小觑。研究报告指出，截至2018年中国LGBTQ潜在消费能力达5410亿美元，商家在LGBTQ每投入1美元，就会获得180美元回报，比异性恋高4至5倍。

"多数LGBTQ者没有家庭、没有孩子，他们的消费能力更高；加之LGBTQ更容易被歧视、被边缘化，他们需要用更优秀的事业、更好的收入来证明自己价值，所以生活得更小资，更有消费慾望。"耿乐分析说。

\* 蓝城用户黏性高

2016年，Blued在内地业务实现全年盈利。2017年，京东、天猫、淘宝等品牌开始投放广告。2018年，陆续推出会员增值、面向男性消费者的内容电商、短视频、遊戏联运等新业务。蓝城兄弟财报显示，2020年第二季度总收入2.474亿元人民币，同比增长32.2%。耿乐介绍，Blued的直播收入佔总收入80%左右，总付费用户较去年大幅增长58.5%。

美国老虎证券和香港AMTD尚乘国际等知名机构研究报告均认为，蓝城兄弟旗下终端Blued是中国最大的LGBTQ垂直社区，同时在全球範围内显现出强大影响力，其产品和服务对於LGBTQ用户具有特殊吸引力，表现出高黏性和高购买力，建议给予"买入"评级。

消除歧视／防治爱滋病 民间组织作用大





对於耿乐来说，印象最深的一次经历，莫过於在2012年11月26日，作为11家民间防治爱滋病（HIV）组织负责人之一，在衞生部受到时任国务院副总理李克强接见，并被安排在第一个与总理握手。

"总理说不想听大家表扬政府，只想了解大家的问题和困难，然后政府怎麼能够帮助大家把事情做得更好。"耿乐在介绍公司的过程中，总理直接问询："你们有什麼困难吗？"

耿乐谈及，最大的困难是社会对LGBTQ存在歧视，HIV只是一种传染性疾病，并非同性恋专属，异性恋感染的基数整体比例更大。"得了HIV，只是因为当时没有保护好自己，与道德无关。"

李克强表示，要发挥好民间社会组织的作用，在防治HIV领域，社会组织的作用有着特殊、不可替代的作用。HIV防治不仅是疾控部门的事，而是需要全社会动员起来一起去宣传，让社会消除歧视。

社会责任 / 公益走向国际 推广互联网防控



2019年                2020年

每年的12月1日，是世界爱滋病日（内地译艾滋病）。今年，蓝城兄弟旗下男性健康服务平台荷尔健康推出了青春无艾计劃，从"安心检测艾无忧"、"科学防艾安全爱"、"男性健康好物推荐"三个维度，全方位针对爱滋病毒（HIV）防治推出了系列专项服务、防爱知识专题、防爱工具和优惠权益，并提供免费HIV检测服务。

2012年，耿乐找到北京市昌平疾控中心，开始了HIV宣传与防治方面的合作。"我刚到那裏，还担心被歧视，但疾控中心的官员见到我很开心，希望我们动员LGBTQ去做HIV检测。我们就不断的在网页上挂宣传广告，第一次组织了20多个网友去，结果检测出好几例。"近年来，蓝城兄弟陆续与全国各地的社区合作夥伴，建立覆盖全国的检测网络。旗下企业社会责任平台淡蓝公益推出的软件"快乐检"，可通过定位找寻离自己最近的公益监测点进行预约，只需留下手机号码，甚至无需实名，极大保护了检测者隐私，也解决了过去目标人群难寻的困难。

大公报：粉红经济备受 射中国包容开放_BlueCity蓝城兄弟_blued    6/29/22, 17:59



此外，Blued代表中国科技企业和公益组织，走向国际公益领域发声，多次在联合国高级别会议和世界爱滋病大会上，分享"互联网＋HIV防控"的理念和实践经验。还与"一带一路"国家疾控部门合作，指导其利用互联网对HIV进行防控。今年7月8日在美国上市当天，蓝城兄弟宣布再次向中国预防性病爱滋病基金会淡蓝公益专项基金，捐赠100万元人民币，旨在推动HIV防控。

"我所理解的企业社会责任，是一家企业在明确价值观追求后，具体落实时系统化的呈现措施。蓝城兄弟期望能够通过具体行动，带动更多的善意，激发更多的潜能，帮助那些真正需要帮助的人。"耿乐表示。





上一篇    下一篇

**BLUECITY 蓝城兄弟**    加入我们    联系我们    法律信息

京ICP备12033589号−29