# EXHIBIT N

Case 1:21-cv-04044-FB-CLP　　　Document 39-14　　　Filed 12/09/22　　　Page 2 of 11 PageID #: 647

BLUECITY 蓝城兄弟　　　　　　　关于我们　　社会责任　　媒体报道　　企业文化　　投资者关系　　简 / EN



2020-12-22

## 大公报：粉红经济首股 折射中国包容开放

蓝城兄弟创始人、董事长兼CEO耿乐对话《大公报》

查看更多

## 媒体报道 PRESS



2020-08-27

### 南方周末：蓝城兄弟发布上市后首份社会责任报告

8月18日，蓝城兄弟发布《2019年社会责任报告》，向社会公众全面披露公司践行社会责任的管理举措和行动成效。

查看更多

**Southern Weekly - BlueCity Releases Its First Post-listing Social Responsibility Report**



2020-08-27

### 用科技创新多元生活——蓝城兄弟发布2019企业社会责任报告

8月18日，蓝城兄弟发布《2019年度企业社会责任报告》。报告详细披露了这家深耕垂直领域的互联网科技公司，如何结合自身特性和技术创新，承担并履行企业社会责任，帮助其服务人群获得更好的生活品质、为社会发展和进步做出的努力。

查看更多

**Southern Weekly - BlueCity Releases Its First Post-listing Social Responsibility Report**

On August 18, BlueCity released the 2019 Social Responsibility Report to comprehensively disclose to the public the management initiatives and effectiveness of the company's actions in practicing social responsibility.

This is the first social responsibility report released by BlueCity since its establishment. "This report is both a review and summary of our past fulfillment of corporate social responsibility, as well as a self-reflection and spur for our remaining deficiencies and shortcomings."  Baoli Ma, founder, chairman and CEO of BlueCity, said in his speech of the report.

[Picture]

As the largest Internet technology company currently serving vertical groups in China, BlueCity successfully registered on NASDAQ on July 8, becoming the first stock of global pink economy.  While ushering in the highlight of the capital market, BlueCity has truly become a public company from a "niche" enterprise, which means that BlueCity will face more governance challenges, and fulfilling information disclosure obligations and enhancing public transparency is one of the most important things.

Four Major Practices, Responding to Expectations of Relevant Parties

Releasing social responsibility reports has become a "mandatory" course for more companies.  Truthful and comprehensive disclosure of corporate responsibility information can not only enhance the effectiveness of communication between enterprises and relevant parties, but also demonstrate the potential for sustainable development.

As the first social responsibility report released after the IPO, BlueCity's 2019 Social Responsibility Report (hereinafter referred to as the Report) systematically introduces the company's development history and service areas at the beginning of the Report, allowing all parties to fully understand the company's information.  With innovation, green, public welfare and cooperation as keywords, the main part of the Report discloses the practice of BlueCity in fulfilling its responsibilities in 2019.

[Picture]

In terms of product innovation, BlueCity put forward the vision of "innovating a diversified life with technology" at the beginning of its establishment, providing a space for communication, cultural entertainment and friendly and diverse services for LGBTQ people around the world by creating a comprehensive and convenient LGBTQ online community and business ecology.  This is not only conducive to self-identification within the community, but also helps create a more inclusive social atmosphere.  The Report shows that as of March 2020, Blued has over 49 million registered users in over 210 countries and regions.  Based on social networking, Blued has expanded its services to live streaming, health and other related fields to meet more needs of users in culture and entertainment, health consultation and other areas, helping users to improve their quality of life.

In terms of creating a green network, BlueCity has achieved good results in protecting user privacy and protecting minors' safety with the Internet through system construction and technological innovation.  The Report shows that the average daily information inspection volume of Blued platform in 2019 exceeded 470,000, and the platform blocked about 6.21 million illegal accounts.  By establishing a strict information audit system and credit system construction, Blued is committed to building a healthy community ecology.

In the area of public welfare, BlueCity focuses on AIDS prevention and awareness, reducing the impact and harm of AIDS on key populations through Internet technology.  After the launch of the Blued mobile application, BlueCity has proposed the "Internet + HIV prevention and control" model, actively carrying out HIV prevention and publicity, HIV testing and international cooperation.  According to the Report, as of 2019, BlueCity has established 203 partner testing sites in 26 cities and regions across China, and has provided offline testing services for over 50,000 people.

The Report concludes by disclosing the effectiveness of BlueCity in building a harmonious ecology.  As an Internet company serving vertical groups, BlueCity pays particular attention to building an inclusive and friendly workplace environment, opposing and prohibiting any discrimination based on geography, gender, sexual orientation, and age, and carefully setting up "gender-friendly" restrooms, mother and baby rooms, and other infrastructure.

Technology Inclusion, Using Technology to Promote Social Development

Currently, social prejudice against the LGBTQ community still exists.  According to the UNDP's 2016 "Survival Condition of Sexual Minorities in China," only about 5% of sexual minorities in schools, workplaces, or religious communities choose to disclose their sexual orientation, gender identity, or unique gender expression; all sexual minorities are deeply concerned about discrimination in health and social services.

There is a lack of effective communication channels within the LGBTQ community and between the community and the outside world.  "Before Blued, I was almost closed off from the outside world, especially when it came to my feelings, and I was too shy to express them or find someone to talk to, so I was always careful to get along with my surroundings", said one Blued user.

Based on this social background, BlueCity's social responsibility report has a broader meaning.

[Picture]

On the one hand, this report shows us the power of technological inclusion.  As stated in the Report, every group should enjoy the convenience brought by digital technology equally, and technology should serve everyone in a more inclusive and inclusive way.  With the help of mobile Internet technology, Blued City has created a channel for the LGBTQ community to communicate and meet the diverse needs of minority groups.  Relying on the Blued mobile application, BlueCity has developed and launched the "Happy Check" online appointment testing platform, which provides convenient and safe health consultation services for the LGBTQ community and helps improve the survival of the community.  This is a typical manifestation of using technology to participate in solving social problems.

On the other hand, the report also shows the responsible governance challenges and response initiatives faced by BlueCity as an Internet company in terms of product innovation, network safety, community welfare, employee responsibility, etc.  From March to June 2020, Southern Weekly China Chinese Corporation Social Responsibility Research Center conducted a research and evaluation of the social responsibility performance of 50 Internet companies in 2019, and the evaluation showed that the average score of social responsibility of Internet enterprises was 35.71 (on a percentage scale), of which 12 enterprises scored "pass" or above.  In this evaluation, BlueCity scored 61.43 points and was selected for the 2019 Internet industry enterprise social responsibility list.

Taking the report as a starting point to improve responsible governance

On the day of the listing, Baoli Ma said in an internal letter to employees, "Let's use this as a point to set sail again."  For BlueCity to systematically promote social responsibility work, the release of the social responsibility report is also just the beginning.

Social responsibility management work is closely related to other business work and has its own professional requirements. In addition to releasing social responsibility reports, enterprises need to continuously carry out related work in many aspects such as system construction and knowledge management in order to continuously improve the ability and effectiveness of fulfilling social responsibility.

As the largest company serving the LGBTQ community in China, paying attention to and serving vertical people is not only the value of BlueCity's own existence, but also an important contribution to promoting sustainable development outcomes for all.  Former UN Secretary-General Ban Ki-moon once said that the UN 2030 Sustainable Development Goals are based on one fundamental principle: leaving no one behind.  To achieve this vision, we must unite all people, regardless of their sexual orientation and gender identity.

[Picture]

As an Internet company, BlueCity needs to face the challenges that the Internet industry generally faces in fulfilling its responsibilities, such as privacy protection and platform governance.  Social platforms are the hardest hit by bad information, and creating a safe and healthy network environment is not only the basis for the platform to achieve sustainable business operation, but also a responsibility that the platform should assume.  The repeated occurrence of "lack of cyberspace governance or platform responsibility" in recent years shows that in order to create a safe and healthy platform environment, BlueCity needs to continuously strengthen its governance capacity and abide by the bottom line of responsibility.

As a listed company, BlueCity will face more attention and supervision from shareholders, investors, regulators, partners, communities and other related parties, so disclosing corporate information and responding to the demands of related parties become obligations that BlueCity must fulfill, and taking social responsibility and promoting the development of the industry will naturally become the expectations of related parties and the public for BlueCity.

In any case, the release of the first social responsibility report shows that BlueCity has taken another solid step on the road to creating a diversified life with technology and creating value for society.

Source: Southern Weekly: https://mp.weixin.qq.com/s/VK1xrX8Mp4v0BXn4t4S8iQ

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on  30  August, 2022

Signed:  _Yan Pan_

Print name: Yan Pan

Case 1:21-cv-04044-FB-CLP    Document 39-14    Filed 12/09/22    Page 8 of 11 PageID #: 653

BLUECITY 蓝城兄弟

# 南方周末：蓝城兄弟发布上市后首份社会责任报告

8月18日，蓝城兄弟发布《2019年社会责任报告》，向社会公众全面披露公司践行社会责任的管理举措和行动成效。

这是蓝城兄弟成立以来发布的首份社会责任报告。"这份报告，既是对我们既往履行企业社会责任的回顾与总结，也是对我们尚存在的不足和缺憾的自省与鞭策。"蓝城兄弟创始人、董事长兼CEO马保力在报告致辞中说。



作为当前国内最大的服务垂直群体的互联网科技公司，7月8日，蓝城兄弟成功登录纳斯达克，成为全球粉红经济第一股。在迎来资本市场高光时刻的同时，蓝城兄弟从一家"小众"企业真正成为公众公司，这意味着蓝城兄弟将面临更多的治理挑战，履行信息披露义务、提升公众透明度就是其中重要一项。

**四大实践，回应多方期望**

发布社会责任报告已经成为了更多企业的"必修课"。真实、全面地披露企业的履责信息既能够提升企业与相关方的沟通成效，也能够展示企业的可持续发展潜力。

作为上市后发布的首份社会责任报告，蓝城兄弟《2019年社会责任报告》（以下简称《报告》）在报告开篇系统介绍了公司的发展历程和服务领域，让各方全面了解公司信息。报告主体部分以创新、绿色、公益、合作为关键词，对2019年蓝城兄弟的履责实践进行了披露。



在产品创新方面，蓝城兄弟创建之初便提出了"用科技创新多元生活"的愿景，通过创建全面、便捷的LGBTQ在线社区和业务生态，为全球LGBTQ人群提供交流、文化娱乐的空间和友好多样的服务。这不仅有利于社群内部的自我认同，也有助于营造更加包容的社会氛围。《报告》显示，截至2020年3月，Blued在超过210个国家和地区共拥有注册用户超过4,900万。以社交为基础，蓝城兄弟将服务拓展到直播、健康等相关领域，满足用户在文化娱乐、健康咨询等方面的更多需求，助力用户提升生活品质。

在打造绿色网络方面，蓝城兄弟通过制度建设和技术创新，在保护用户隐私、保护未成年人用网安全取得了良好成效。《报告》显示，2019年Blued平台的日均信息审核量超过47万条，平台封禁了约621万个违规账号。通过建立严格的信息审核制度和信用体系建设，蓝城兄弟致力构建健康的社群生态。

在公益方面，蓝城兄弟聚焦艾滋病防治宣传，通过互联网技术降低艾滋病对重点人群的影响和伤害。Blued移动应用程序上线后，蓝城兄弟提出"互联网+HIV防控"模式，积极开展防艾宣传、HIV检测以及国际合作。《报告》显示，截至2019年蓝城兄弟在全国26个城市和地区建立了203个合作检测点，累计为超过50,000人提供了线下预约检测服务。

《报告》最后披露了蓝城兄弟在和谐生态建设方面的成效。作为一家服务垂直群体的互联网公司，蓝城兄弟尤其注重打造包容友好的职场环境，反对和禁止任何基于地域、性别、性取向、年龄的歧视，并悉心设立了"性别友善"卫生间、母婴室等基础设施。

**科技包容，用技术推动社会发展**

当前，社会对LGBTQ社群的偏见仍然存在。联合国开发计划署2016年发布的《中国性少数群体生存状况》显示，在学校、工作单位或宗教社群中，仅有约5%的性少数人士选择公开自己的性倾向、性别身份或独特的性别表达方式；所有性少数人士都对健康和社会服务领域的歧视深表担忧。

LGBTQ社群内部以及社群与外界之间缺少有效的沟通渠道。"没有使用Blued之前，我与外界的交流几乎是闭塞的，特别是遇到感情问题，既羞于表达，也找不到倾诉的对象，于是便总是小心翼翼地和周围相处。"一位Blued用户如是说。

立足这样的社会背景，蓝城兄弟发布社会责任报告、披露履责信息就有了更广泛的意义。



一方面，这份报告让我们看到了科技包容的力量。正如《报告》中所说，每一个群体都应该平等地享受数字技术带来的便利，技术也应该以更加包容、更加普惠的方式服务每一个人。借助移动互联网技术，蓝城兄弟为LGBTQ群体创造了交流的渠道，满足了少数群体的多样化需求。依托Blued移动应用程序，蓝城兄弟研发推出"快乐检"网上预约检测平台，为LGBTQ群体提供了便捷、安全的健康咨询服务，助力改善社群生存状态。这是用技术参与解决社会问题的典型表现。

另一方面，报告也展示了蓝城兄弟作为一家互联网公司，在产品创新、网络安全、社区公益、员工责任等方面面临的责任治理挑战和应对举措。2020年3月–6月，南方周末中国企业社会责任研究中心对50家互联网企业2019年的社会责任表现进行调研评价，评价显示，互联网企业的社会责任平均得分为35.71分（百分制），其中12家企业的得分达到"及格"以上水平，总体而言，互联网行业的社会责任表现仍待提升。在这次评价中，蓝城兄弟得分61.43分，入选2019年度互联网行业企业社会责任榜单。

**以报告为起点，提升责任治理能力**

上市当天，马保力在给员工的内部信中说："让我们以此为点，重新起航。"对于蓝城兄弟系统性推进社会责任工作来说，发布社会责任报告也只是开始。

社会责任管理工作既与其他业务工作紧密相连，又具有自身的专业性要求，除了发布社会责任报告外，企业更需要在制度建设、知识管理等多个方面持续开展相关工作，以不断提升履行社会责任的能力和成效。

作为国内最大的服务LGBTQ社群的企业，关注和服务垂直人群既是蓝城兄弟自身存在的价值，也是蓝城兄弟对推动人人享有的可持续发展成果的重要贡献。联合国前秘书长潘基文曾表示，联合国2030可持续发展目标立足于一条根本原则：不让一人落伍。我们要想实现这一理想，就必须团结所有人士，无论他（她）们的性倾向和性别身份如何。



Case 1:21-cv-04044-FB-CLP　　Document 39-14　　Filed 12/09/22　　Page 11 of 11 PageID #: 656



作为互联网企业，蓝城兄弟需要面对互联网行业普遍面临的履责挑战，如隐私保护、平台治理等。社交平台是不良信息的重灾区，营造安全健康的网络环境，既是平台实现业务持续运营的基础，也是平台理应承担的责任。近年来屡屡发生的"网络空间治理或平台责任缺失事件"表明，要打造安全健康的平台环境，蓝城兄弟需要不断夯实治理能力，恪守责任底线。

作为上市公司，蓝城兄弟将面临股东、投资者、监管机构、合作伙伴、社区等更多相关方的关注和监督，披露企业信息、回应相关方诉求成为蓝城兄弟必须履行的义务，而承担社会责任、促进行业发展也自然会成为相关方和社会公众对蓝城兄弟的期望。

无论如何，首份社会责任报告的发布都表明，在践行用科技创造多元生活、为社会创造价值的道路上，蓝城兄弟又迈出了坚实的一步。

来源：南方周末 https://mp.weixin.qq.com/s/VK1xrX8Mp4v0BXn4t4S8iQ

上一篇　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　下一篇

BLUECITY 蓝城兄弟　　　　　加入我们　　　联系我们　　　法律信息　　　　

京ICP备12033589号−29