# EXHIBIT O



**2020**
11–25

### 蓝城兄弟宣布全资收购翻咔，构建多元LGBTQ社群服务生态

北京时间2020年11月25日，全球领先的LGBTQ在线社区蓝城兄弟（NASDAQ:BLCT）宣布，将以2.4亿人民币现金方式收购翻咔100%股权



**2020**
11–18

### 蓝城兄弟荣获格隆汇"2020年度最具创新力IPO奖"

11月16日，由格隆汇主办的"大中华区最佳上市公司·2020"颁奖典礼在成都举行。蓝城兄弟获评"2020年度最具创新力IPO奖"。



**2020**
11–04

### BlueCity Receives 2020 Xiangguang Award for Special Contribution to the Fight Against the Epidemic

### 蓝城兄弟获评2020向光奖抗疫特别贡献奖

10月31日，中国社会企业与影响力投资论坛2020年会暨2020向光奖颁奖典礼在北京拉开帷幕。经过多轮评审及线上路演，蓝城兄弟入围社企论坛2020向善企业，并获评2020向光奖–抗疫特别贡献奖。



**2020**
11–04

### 蓝城兄弟创始人马保力荣获2020拉姆·查兰管理实践奖

10月30日，由《哈佛商业评论》主办的2020"拉姆·查兰管理实践奖"颁奖典礼在北京拉开帷幕，蓝城兄弟马保力凭借在移动互联网垂直社交领域的探索和实践创新，以及对性少数群体生活质量提升的持续推动，荣获2020拉姆·查兰管理实践奖创新创业实践…



**2020**
10–21

### 蓝城兄弟入选2020中国企业慈善公益500强榜单

10月18日，第四届中国企业慈善公益论坛发布了2020中国企业慈善公益500强榜单，蓝城兄弟入选并应邀作为企业代表在大会参与圆桌发言



**2020**
09–30

### 马保力被聘为北京市优化营商环境社会监督员

近日，蓝城兄弟创始人、董事长兼CEO马保力当选北京市优化营商环境社会监督员

**BlueCity Receives 2020 Xiangguang Award for Special Contribution to the Fight Against the Epidemic**

On October 31, the China Social Enterprise and Impact Investment Forum 2020 Annual Conference and 2020 Xiangguang Award Ceremony kicked off in Beijing. Beijing Bluecity Information Technology Co., Ltd. (hereinafter referred to as "BlueCity", Nasdaq: BLCT) was selected as one of the finalists of Xiangguang Enterprise from more than 400 participating companies and was awarded 2020 Xiangguang Award - Special Contribution to the Fight against the Epidemic.

[Picture]

More than 80 judges from business schools, universities and research institutions, including industry scholars, entrepreneurs, investors, corporate investors, partners of consulting firms and heads of industry platforms, participated in the judging process to select outstanding enterprises that have made outstanding contributions to solving today's social problems from a professional and diversified perspective. Along with BlueCity, UBS, Fosun and LinkedIn were also selected as finalists.

The COVID epidemic was raging at the beginning of the year, and the various derivative issues arising from it brought a severe test to the whole society and the development of various industries. As an Internet technology company, BlueCity crossed the geographical limitation through the power of technology, and contributed to the fight against the epidemic with rapid response solutions, strong resource integration and diversified and inclusive humanistic care.

[Picture]

In this battle against the epidemic, BlueCity integrated its BLUED, Light Blue Public Welfare, He'er Health and other service platforms to effectively fulfill its corporate social responsibility, carrying out a series of material donations, online prevention and control interventions, and joint prevention and control work of enterprises. At the same time, through the Internet platform, BlueCity pays close attention to HIV-infected patients who are at risk of drug withdrawal due to the epidemic, takes advantage of the platform to collect and release relevant assistance information, and actively communicates with local disease control departments to open a green channel for HIV-infected patients who are at risk of drug withdrawal to obtain drugs.

Founded 20 years ago, BlueCity has been committed to becoming a great, socially relevant and socially valuable technology company. As the world's leading LGBTQ vertical community, BlueCity has over 54 million registered users worldwide. While providing a full range of services to its users, it also demonstrates the originality and commitment of a listed company through its continuous and steady investment in social welfare.

Xiangguang Award, organized by the China Social Enterprise and Impact Investment Forum, is China's first top award for Chinese social enterprises, impact investment institutions and good business enterprises with advanced international concepts, and is used to recognize and encourage enterprises and investment institutions that solve social problems on a large scale and systematically with innovative business models. The award is intended to recognize and encourage enterprises and investment institutions that have used innovative business models

to address social issues on a large scale and systematically, and to set a benchmark for social enterprises, the impact investment industry and business for good with outstanding practice cases.  Previous winners of this award include Didi, Water Drop, Ping An and other well-known enterprises.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on _30_ August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

蓝城兄弟获评2020向光奖抗疫特别贡献奖_BlueCity蓝城兄弟_Blued                                    6/29/22, 17:55

BLUECITY 蓝城兄弟    关于我们    社会责任    媒体报道    企业文化    投资者关系    简    EN

# 蓝城兄弟获评2020向光奖抗疫特别贡献奖

10月31日，中国社会企业与影响力投资论坛2020年会暨2020向光奖颁奖典礼在北京拉开帷幕。经过多轮评审及线上路演，北京蓝城兄弟信息技术有限公司（以下简称"蓝城兄弟"，Nasdaq：BLCT）从400余个参评企业中脱颖而出，入围社企论坛2020向善企业，并获评2020向光奖-抗疫特别贡献奖。



本次向光奖由来自商学院、高校及研究机构的行业学者、企业家、投资人、企投家、咨询公司合伙人、行业平台机构负责人等八十余位评委参加评审，以专业化、多元化的视角遴选出对解决当今社会问题作出卓越贡献的优秀企业。与蓝城兄弟一同入围的还有瑞银、复星、领英等企业。

年初新冠疫情来势汹汹，由此产生的各种衍生问题，给全社会以及各个行业的发展带来严峻考验。作为一家互联网科技企业，蓝城兄弟通过技术的力量跨越地域的限制，以迅速的应对方案、强大的资源整合以及多元包容的人文关怀为抗击疫情贡献力量。





在本次防疫抗疫的战役中，蓝城兄弟整合旗下BLUED、淡蓝公益、荷尔健康等多个服务平台，切实履行企业社会责任，开展了一系列物资善款捐赠、线上防控干预以及企业联防联控等工作。与此同时，蓝城兄弟通过互联网平台密切关注受疫情影响而面临断药风险的HIV感染者，利用平台优势收集和发布相关援助信息，与各地疾控部门积极沟通，为面临断药风险的HIV感染者获取药物打开绿色通道。

成立20年来，蓝城兄弟一直致力于成为一家伟大的、有社会意义和社会价值的科技公司。作为全球领先的LGBTQ垂直社区，蓝城兄弟拥有全球超过5400万注册用户。在为用户提供全方位服务的同时，也通过持续稳定的社会公益投入展现一家上市企业的初心和担当。

向光奖由中国社会企业与影响力投资论坛主办，是中国首个具有国际先进理念，面向中国社会企业、影响力投资机构、商业向善企业的最高奖项，用于表彰和鼓励以创新的商业模式，规模化、系统化地解决社会问题的企业以及投资机构，以优秀实践案例树立社会企业、影响力投资行业、商业向善企业的标杆。历届荣获该奖项的还有滴滴、水滴、中国平安等知名企业。

上一篇                                                                                                     下一篇

BLUECITY 蓝城兄弟          加入我们          联系我们          法律信息

京ICP备12033589号-29