# EXHIBIT P

BlueCity Wins the Most Innovative IPO in 2020 Award Ceremony



**2020**
11–18

### 蓝城兄弟荣获格隆汇"2020年度最具创新力IPO奖"

11月16日，由格隆汇主办的"大中华区最佳上市公司·2020"颁奖典礼在成都举行。蓝城兄弟获评"2020年度最具创新力IPO奖"。



**2020**
11–04

### 蓝城兄弟获评2020向光奖抗疫特别贡献奖

10月31日，中国社会企业与影响力投资论坛2020年会暨2020向光奖颁奖典礼在北京拉开帷幕。经过多轮评审及线上路演，蓝城兄弟入围社企论坛2020向善企业，并获评2020向光奖–抗疫特别贡献奖。



**2020**
11–04

### 蓝城兄弟创始人马保力荣获2020拉姆·查兰管理实践奖

10月30日，由《哈佛商业评论》主办的2020"拉姆·查兰管理实践奖"颁奖典礼在北京拉开帷幕，蓝城兄弟马保力凭借在移动互联网垂直社交领域的探索和实践创新，以及对性少数群体生活质量提升的持续推动，荣获2020拉姆·查兰管理实践奖创新创业实践…



**2020**
10–21

### 蓝城兄弟入选2020中国企业慈善公益500强榜单

10月18日，第四届中国企业慈善公益论坛发布了2020中国企业慈善公益500强榜单，蓝城兄弟入选并应邀作为企业代表在大会参与圆桌发言



**2020**
09–30

### 马保力被聘为北京市优化营商环境社会监督员

近日，蓝城兄弟创始人、董事长兼CEO马保力当选北京市优化营商环境社会监督员



**2020**
09–19

### 打造更具粘性的垂直社区，Blued推出"基地"功能

为更好地服务用户，凝聚社区氛围，提高社交效率，近日，全球领先的LGBTQ社区Blued推出了"基地"功能。

## 100 People Transforming Business
BUSINESS INSIDER

**2020**
09–10

### 蓝城兄弟马保力入选Business Insider商业变革者100人（亚洲）榜单

近日，知名国际商业新闻网站Business Insider发布了2020年商业变革者100人（亚洲）榜单，蓝城兄弟（NASDAQ:BLCT）创始人、董事长兼CEO马保力成功入选。

BlueCity Wins the Most Innovative IPO in 2020 Award Ceremony

## BlueCity Wins the Most Innovative IPO in 2020 Award by Gelonghui

On November 16, the award ceremony of "Best Public Companies in Greater China - 2020" organized by Gelonghui was held in Chengdu.  Beijing BlueCity Information Technology Co., Ltd. (hereinafter referred to as "BlueCity", Nasdaq: BLCT) was awarded "The Most Innovative IPO in 2020 Award."

[Picture]

The award was organized by Gelonghui, covering all Chinese listed companies listed on the Hong Kong Stock Exchange, Shanghai Stock Exchange, Shenzhen Stock Exchange and U.S. stock market, and invited an expert panel of judges from universities, brokerages, institutions and other authoritative representatives to objectively and comprehensively select the best listed companies of the year in terms of value, growth, innovation, social responsibility, brand influence and other dimensions.

According to the organizer, "The Most Innovative IPO of the Year" analyzes and evaluates the innovation level of enterprises from product innovation, model innovation, organizational innovation and other indexes, and the final result is obtained through the way of "online voting + expert jury deliberation + big data analysis."  The final results were selected through a comprehensive selection process of "online voting + expert panel review + big data analysis", aiming to recognize the most innovative listed companies in the capital market.

[Picture]

As the world's leading LGBTQ vertical community, BlueCity has always been adhering to the concept of "technology innovation and diversified life", providing diversified services for LGBTQ people, improving their living environment and creating a positive and healthy social atmosphere.  On July 8, 2020, BlueCity was officially listed on NASDAQ as the first global pink economy stock, and put forward the corporate vision of "providing the full lifecycle services for LGBTQ people around the world." Through continuous innovation and product iteration, BlueCity has created a vibrant online community for sexual minorities and become a "spiritual home" for 54 million users.

According to the Q2 FY2020 financial report, BlueCity is showing accelerated development of revenue diversification.  In particular, live streaming revenue was CNY 210.2 million, up 25.2% year-over-year; membership service revenue was CNY 15.8 million, up 129.6% year-over-year; advertising revenue was CNY 10.7 million, up 17.8% year-over-year, and other revenue was CNY 10.7 million, up 234.4% from CNY 3.2 million in the same period last year.

In addition, relying on its corporate social responsibility platform "Light Blue Public Welfare", BlueCity has continued to use new mobile Internet technologies to carry out AIDS prevention and testing, and has undertaken research projects for the National Science and Technology Major Project, the National Natural Science Foundation of China and the Beijing Municipal Science and Technology Commission.  While providing users with comprehensive services, it also demonstrates the originality and commitment of a listed company through continuous and stable investment in social welfare.

In recent years, BlueCity has focused on the new changes and trends of the track it is in, continuously accumulated industrial experience and technological innovation, and further improved in development, integration, win-win situation and other aspects, not only driving the relevant industrial changes and business innovation, but also providing new ideas for exploring new paths of high-quality economic development.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 30 August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

BLUECITY 蓝城兄弟

# 蓝城兄弟荣获格隆汇"2020年度最具创新力IPO奖"

11月16日，由格隆汇主办的"大中华区最佳上市公司·2020"颁奖典礼在成都举行。北京蓝城兄弟信息技术有限公司（以下简称"蓝城兄弟"，Nasdaq：BLCT）获评"2020年度最具创新力IPO奖"。



本次评选由格隆汇主办，覆盖香港证券交易所、上海证券交易所、深圳证券交易所、以及美股市场挂牌上市的全部中国上市公司，并邀请了高校、券商、机构等权威代表组成专家评审团，从价值、成长、创新、社会责任、品牌影响力等维度，客观、全面地评选年度最佳上市公司。

据主办方介绍，"年度最具创新力IPO"从产品创新、模式创新、组织创新等指标对企业体现出来的创新水平进行分析评估，并通过"网络投票+专家评审团审议+大数据分析"的方式综合评选得出最终结果，旨在表彰资本市场上最具创新力的上市公司。



蓝城兄弟荣获格隆汇"2020年度最具创新力IPO奖"_BlueCity蓝城兄弟_blue

6/29/22, 17:56



| 公司名称 | 公司代码 | 公司名称 | 公司代码 |
|---|---|---|---|
| 中芯国际 | 688981.SH | 宝尊电商 | 09991.HK |
| 蓝城兄弟 | BLCT.O | 康方生物-B | 09926.HK |
| 明源云 | 00909.HK | 赤子城科技 | 09911.HK |
| 三生国健 | 688336.SH | 荣昌生物-B | 09995.HK |
| 亚盛医药-B | 06855.HK | 永泰生物-B | 06978.HK |

排名不分先后

蓝城兄弟作为全球领先的LGBTQ垂直社区，始终秉承"科技创新多元生活"的理念，为LGBTQ群体提供多样化的服务，改善他们的生存环境，营造积极健康的社会氛围。2020年7月8日，蓝城兄弟作为全球粉红经济第一股正式登陆纳斯达克，并提出了"为全球LGBTQ人群提供全生命周期服务"的企业愿景。通过不断地创新迭代产品，蓝城兄弟为性少数群体打造了一个充满活力的网络社区，成为5400万用户的"精神家园"。

2020年度Q2财报显示，蓝城兄弟正呈现出收入多元化的加速发展态势。其中，直播收入2.102亿元人民币，同比增长25.2%；会员服务收入1580万元人民币，同比增长129.6%；广告收入1070万元人民币，同比增长17.8%；其他收入为1070万元人民币，较去年同期的320万元人民币大幅增长234.4%。

此外，依托旗下企业社会责任平台"淡蓝公益"，蓝城兄弟持续利用移动互联网新技术开展艾滋病防治宣传和检测工作，并先后承担了国家科技重大专项、国家自然科学基金、北京市科委的研究性项目工作。在为用户提供全方位服务的同时，也通过持续稳定的社会公益投入展现一家上市企业的初心和担当。

近年来，蓝城兄弟聚焦自身所处赛道的新变革和新动向，不断积累着产业经验和技术创新，在发展、融合、共赢等方面得到了进一步的提升，不仅带动了相关产业变革与商业创新，也为探寻经济高质量发展新路径提供了新思路。

上一篇

下一篇

**BLUECITY 蓝城兄弟**

加入我们　　　联系我们　　　法律信息





京ICP备12033589号-29