# EXHIBIT Q



**2020**
12–19

### 蓝城兄弟荣获2018–2020年度中国互联网行业公益奖

12月17日，2020（第七届）中国互联网企业社会责任论坛在京举行。会上，中国互联网协会发布了行业自律贡献和公益奖入围名单，蓝城兄弟获评2018–2020年度中国互联网行业公益奖。



**2020**
12–16

### 蓝城兄弟马保力受邀参加粤港澳大湾区互联网发展创投论坛

12月2日上午，2020粤港澳大湾区互联网发展创投论坛暨中国互联网发展创新与投资大赛（深圳）总结发布在深圳举行。蓝城兄弟（Nasdaq：BLCT）创始人、董事长兼CEO马保力受邀参加大会圆桌论坛，与多位权威行业专家和资深业内人士一同就大湾区互…



**2020**
12–16

### 蓝城兄弟（BLCT.US）纳入富时罗素全球股票指数

11月21日，国际指数编制公司富时罗素公布了旗舰指数2020年11月的季度审议结果，蓝城兄弟（BLCT.US）将被纳入富时罗素（FTSE Russell）全球股票指数系列（GEIS）



### BlueCity Le Geng Selected as the 2020 GQ Person of the Year

**2020**
12–16

### 蓝城兄弟耿乐入选2020GQ年度人物

11月23日，国际知名男性时尚潮流杂志《智族GQ》在微博公布2020年12月刊"年度人物特辑"即将发行，并通过视频预告今年年度人物名单。蓝城兄弟创始人、董事长兼CEO耿乐入选该名单



**2020**
12–02

### 蓝城兄弟2020年Q3财报：营收同比增47.3%，首次实现单季盈利

北京时间12月2日，全球领先的LGBTQ社区蓝城兄弟（Nasdaq：BLCT）发布了截至2020年9月30日的第三季度未经审计的财务报告。



**2020**
11–27

### 2020"青春零艾滋"活动启动

11月24日，在第33个"世界艾滋病日"即将来临之际，由中国预防性病艾滋病基金会、淡蓝公益专项基金主办的2020"青春零艾滋"活动在京启动。活动携手防艾领域的知名人士、机构以及爱心伙伴，共同开展针对青年人群的艾滋病防治公益行动。



**2020**
11–25

### 蓝城兄弟宣布全资收购翻咔，构建多元LGBTQ社群服务生态

北京时间2020年11月25日，全球领先的LGBTQ在线社区蓝城兄弟（NASDAQ:BLCT）宣布，将以2.4亿人民币现金方式收购翻咔100%股权

**BlueCity Le Geng Selected as the 2020 GQ Person of the Year**

[Picture]

On November 23, GQ, the internationally renowned men's fashion magazine, announced on Weibo that the December 2020 issue of "Person of the Year Special" will be released soon, and previewed the list of this year's Person of the Year through a video. Le Geng, founder, chairman and CEO of Blue City Brothers, was named to the list.

Also selected were Jun Lei, founder of Xiaomi, Jianzhang Liang, co-founder of Ctrip, Kexin Chen, Hu Guan and other elite representatives from various industries.

In a Weibo post, @SmartGQ wrote, "How long does it take for us to calm down in the face of the many changes this year?  What will we do as we go through different stages of life in various professions?  In 2020, we invite you to join GQ's People of the Year to reflect on one of the most memorable moments of the past year. It could be in front of the limelight, or it could be in a private collection. Most importantly, it belongs only to you, and only to 2020."

As the world's leading LGBTQ online community, BlueCity, founded by Le Geng, was officially listed on NASDAQ on July 8, 2020, becoming the world's number one stock in the pink economy.

[Picture]

As an entrepreneur, Le Geng has been deeply involved in the field for 20 years. in 2000, Le Geng founded his personal website "Light Blue Memories (predecessor of Light Blue Website)".  Le Geng found that he was not the only one in the world who was special, and found his "self-identity" by starting his personal website.

In the following 20 years of his entrepreneurial journey, Le Geng chose to use the Internet as a way to allow more LGBTQ people to face their hearts openly.

To date, BlueCity has entered more than 210 countries and regions around the world, with more than 54 million registered users worldwide and 49% of active users overseas. According to consulting firm Frost & Sullivan, Blued is already the largest LGBTQ online community in countries and regions such as India, South Korea, Thailand and Vietnam in terms of average MAU in 2019.

Since its inception in 2009, GQ has been leading the Chinese men's magazine market with the perspective of "Style and Style, Smart and Fun", influencing the new Chinese gentlemen's perception of life and their definition of fashion with its high-quality content and endless new ways.

"As the most popular annual branding event and the largest annual feature of GQ, the GQ Person of the Year event is a yearly event that looks at various fields such as politics and economics, culture, fashion and entertainment to select the most representative people of the year and portray their pursuit of excellence in life.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on _30_ August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

蓝城兄弟耿乐入选2020GQ年度人物_BlueCity蓝城兄弟_Blued    6/29/22, 17:58

# 蓝城兄弟耿乐入选2020GQ年度人物



11月23日，国际知名男性时尚潮流杂志《智族GQ》在微博公布2020年12月刊"年度人物特辑"即将发行，并通过视频预告今年年度人物名单。蓝城兄弟创始人、董事长兼CEO耿乐入选该名单。

同样入选的还有小米创始人雷军、携程联合创始人梁建章、知名导演陈可辛、管虎等各行各业的精英人物代表。

蓝城兄弟耿乐入选2020GQ年度人物_BlueCity蓝城兄弟_Blued                                                                    6/29/22, 17:58

@智族GQ 在微博中写道，"面对这一年的诸多变故，我们需要多久才能平复自己的情绪？处于各行各业、正在经历人生不同阶段的我们，会做出怎样的行动？2020年，我们邀请您与《智族GQ》年度人物一起，回顾过去一年最难忘的一个时刻。它有可能是在镁光灯前，也有可能是私人珍藏。最重要的是，它只属于你，也只属于2020年。"

作为全球领先的LGBTQ在线社区，由耿乐创办的蓝城兄弟于2020年7月8日正式在纳斯达克挂牌上市，成为全球粉红经济第一股。



作为一名创业者，耿乐已经在该领域深耕20年。2000年，耿乐创办了个人网站"淡蓝色的回忆（淡蓝网前身）"。耿乐发现这个世界上不只有他自己是特别的，创办个人网站让他找到了"自我认同"。

在随后20年的创业历程中，耿乐选择通过互联网的方式，让更多的LGBTQ群体坦然面对自己的内心。

截至目前，蓝城兄弟已经走进全球210多个国家和地区，全球注册用户超过5,400万，海外活跃用户占比49%。根据咨询公司Frost&Sullivan数据显示，以2019年的平均MAU统计，Blued已经是印度、韩国、泰国和越南等国家和地区最大的LGBTQ在线社区。

《智族GQ》从2009年创刊至今，一直以"有型有款，智趣不凡"的视角领驭中国男性杂志市场，以其高质量的内容以及层出不穷的新方式，影响中国新绅士的生活新观念，以及他们对时尚的定义。

"智族GQ年度人物盛典"作为《智族GQ》最受瞩目的年度品牌活动和最大制作的年度专题，每年均审视政经、文化、时尚、娱乐等各个领域，挑选出极具代表性的年度人物，刻画出他们对卓越生活的追求。

上一篇                                                                                                    下一篇

**BLUECITY 蓝城兄弟**

加入我们        联系我们        法律信息

 

京ICP备12033589号–29