# EXHIBIT R

Case 1:21-cv-04044-FB-CLP  Document 39-18   Filed 12/09/22   Page 2 of 4 PageID #: 679

**Your guide to a disrupted world**

*Special offer for new subscribers only*

**Save 33%**

**Censorship**

# China LGBT community fears crackdown after Weibo content vanishes

Disappearance of postings from platform reminder of last year's attempted purge



A campaign launched by Weibo in April last year attempted to remove homosexual content but the company reversed its decision © Bloomberg

**Christian Shepherd** in London  APRIL 15 2019

## Receive free Censorship updates

We'll send you a *myFT Daily Digest* email rounding up the latest Censorship news every morning.

| Enter your email address | **Sign up** |
| --- | --- |

Case 1:21-cv-04044-FB-CLP   Document 39-18   Filed 12/09/22   Page 3 of 4 PageID #:
680

Censorship of lesbian content on China's popular microblog Sina Weibo has sparked fears of a deepening crackdown targeting gay users, one year after a public outcry pushed the platform to backtrack on a similar attempt to remove such content.

Weibo users on Friday discovered they were unable to access a popular "les" (short for lesbian) online discussion group. The discovery set off a flurry of angry posts, pushing the term "les" into Weibo's top search terms, as users proclaimed "We are les" in a show of support for those protesting against the censorship.

A campaign launched by Weibo in April last year attempted to remove homosexual content, lumping it in with violence and pornography, but the company reversed its decision after an outpouring of anger, threats of legal action and a flood of personal letters to the company from the lesbian, gay, bisexual and transgender community.

"Lots of people have connected last year's ban of gay topics with this year's ban of 'les' and believe it is a clear-out targeted at the LGBT community," the non-profit advocacy group Beijing LGBT Centre told the Financial Times.

# 140,000

Number of members of the 'les' group on Weibo before it was closed

In the past year, censors have closed platforms that discussed gender and identity, such as the popular Feminist Voices, cut four minutes of content from Freddie Mercury biopic *Bohemian Rhapsody* and pixelated or taken down multiple videos with gay content, including the Eurovision Song Contest.

"China's censorship of LGBT content will be ever more strict this year compared to last year," the Beijing LGBT Centre predicted.

Weibo's "super topic" function allows groups of users to make topic-specific digital communities share and discuss news. For many LGBT Chinese, especially those who live in small, socially conservative places, these online groups can play an important role in helping people understand and accept gender identities, advocates say.

Searches on Weibo for the "les" group, which had about 140,000 members and 46 million total views, turned up blank on Monday, and the top LGBT content result was a newly created "lesbians" group with only 13,000 members.

Weibo did not immediately respond to a request for comment. The company told media platform NGOCN that the group "temporarily did not meet requirements", due to a "large volume of information that broke regulations".

Another group for discussing lesbian content, called "les sky", on the popular culture website Duoban also appeared to become unsearchable briefly over the weekend, raising fears that the Weibo's decision was part of a wider campaign.

China's LGBT communities have in recent years begun to make strides pushing back against decades of social conservatism and Communist puritanism over sex, and most big Chinese cities now have thriving gay scenes.

But the group has repeatedly found itself falling foul of censors as the government ramps up control over online content deemed sensitive or "vulgar".

In recent years, thousands of websites, blogs and individual accounts have been shut, while internet platforms have hired legions of censors.

*Twitter: @cdcshepherd*

Copyright The Financial Times Limited 2022. All rights reserved.