# EXHIBIT U

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2020**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from          to**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report . . . . . . . . . . . . . . . . . . .
Commission file number: 001-39364

## BlueCity Holdings Limited

(Exact Name of Registrant as Specified in Its Charter)

**N/A**

(Translation of Registrant's Name Into English)

**Cayman Islands**

(Jurisdiction of Incorporation or Organization)

**Block 2 Tower B Room 028, No. 22 Pingguo Shequ, Bai Zi Wan Road, Chaoyang District**
**Beijing 100022**
**People's Republic of China**

(Address of Principal Executive Offices)

**Zhiyong (Ben) Li, Chief Financial Officer**
**Block 2 Tower B Room 028, No. 22 Pingguo Shequ, Bai Zi Wan Road, Chaoyang District**
**Beijing 100022**
**People's Republic of China**
**Phone: +86 10 5876-9855**
**Email: lizhiyong@blued.com**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange On Which Registered |
|---|---|---|
| American depositary shares, each two American depositary shares representing one Class A ordinary share | BLCT | Nasdaq Global Market |
| Class A ordinary shares, par value US$0.0001 per share* | | Nasdaq Global Market |

*Not for trading, but only in connection with the listing on the Nasdaq Global Market of American depositary shares.

SECURITIES REGISTERED OR TO BE REGISTERED PURSUANT TO SECTION 12(G) OF THE ACT:

**Not Applicable**

(Title of Class)

SECURITIES FOR WHICH THERE IS A REPORTING OBLIGATION PURSUANT TO SECTION 15(D) OF THE ACT:

**Not Applicable**

(Title of Class)

9/2/22, 3:32 PM

Case 1:21-cv-04044-FB-CLP Document 30-21 Filed 12/09/22 Page 4 of 7 PageID #: 702

Table of Contents

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

**As of December 31, 2020, there were 17,825,670 ordinary shares outstanding, par value $0.0001 per share, being the sum of 12,210,830 Class A ordinary shares and 5,614,840 Class B ordinary shares.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

☐ Yes ☒ No

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934.

☐ Yes ☒ No

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐    Accelerated filer ☐    Non-accelerated filer ☒    Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

†The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

U.S. GAAP ☒    International Financial Reporting Standards as issued by the International Accounting Standards Board ☐    Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow.

☐ Item 17 ☐ Item 18

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

☐ Yes ☒ No

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.

☐ Yes ☐ No

Table of Contents

## TABLE OF CONTENTS

| | | |
|---|---|---|
| INTRODUCTION | | 2 |
| FORWARD-LOOKING STATEMENTS | | 4 |
| PART I | | 5 |
| | ITEM 1. IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 5 |
| | ITEM 2. OFFER STATISTICS AND EXPECTED TIMETABLE | 5 |
| | ITEM 3. KEY INFORMATION | 5 |
| | ITEM 4. INFORMATION ON THE COMPANY | 59 |
| | ITEM 4A. UNRESOLVED STAFF COMMENTS | 91 |
| | ITEM 5. OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 92 |
| | ITEM 6. DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 106 |
| | ITEM 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 115 |
| | ITEM 8. FINANCIAL INFORMATION | 117 |
| | ITEM 9. THE OFFER AND LISTING | 118 |
| | ITEM 10. ADDITIONAL INFORMATION | 118 |
| | ITEM 11. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 132 |
| | ITEM 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 133 |
| PART II | | 136 |
| | ITEM 13. DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 136 |
| | ITEM 14. MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 136 |
| | ITEM 15. CONTROLS AND PROCEDURES | 136 |
| | ITEM 16A. AUDIT COMMITTEE FINANCIAL EXPERT | 138 |
| | ITEM 16B. CODE OF ETHICS | 138 |
| | ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES | 138 |
| | ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 138 |
| | ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 138 |
| | ITEM 16F. CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 138 |
| | ITEM 16G. CORPORATE GOVERNANCE | 139 |
| | ITEM 16H. MINE SAFETY DISCLOSURE | 139 |
| PART III | | 139 |
| | ITEM 17. FINANCIAL STATEMENTS | 139 |
| | ITEM 18. FINANCIAL STATEMENTS | 139 |
| | ITEM 19. EXHIBITS | 140 |
| SIGNATURES | | 141 |

1

Table of Contents

*Membership services*. Our revenues from membership services increased by 93.9% from RMB36.7 million in 2019 to RMB71.2 million (US$10.9 million) in 2020, mainly attributable to the rapid development of our membership services offerings in both subscription and pay-per-use services. Our paying users for membership services increased from approximately 457 thousand in 2019 to 780 thousand in 2020, benefited the continued enhancing enhancement of various features of our membership services in both domestic and overseas markets. Our ARPPU for membership services increased from approximately RMB80 in 2019 to RMB91 in 2020, primarily due to the contribution from pay-per-use services.

*Advertising services*. Our revenues from advertising services increased by 28.5% from RMB35.4 million in 2019 to RMB45.5 million (US$7.0 million) in 2020, as we continued to steadily grow our advertising service.

*Merchandise sales*. We recorded revenues generated from merchandise sales of RMB28.7 million (US$4.4 million) in 2020, contributed from the sales of "*He Health*" merchandise.

*Others*. Our revenues from other services increased by 10.9% from RMB15.4 million in 2019 to RMB17.0 million (US$2.6 million) in 2020 mainly due to the increased public interest services.

*Cost of revenues*

Our cost of revenues increased by 31.9% from RMB546.2 million in 2019 to RMB720.4 million (US$110.4 million) in 2020. Revenue-sharing costs increased by 21.8% from RMB468.3 million in 2019 to RMB570.3 million (US$87.4 million) in 2020, primarily due to the continued growth of our live streaming services. Commission costs and processing fees paid to mobile application stores increased by 50.7% from RMB45.5 million in 2019 to RMB68.6 million (US$10.5 million) in 2020, primarily due to the consistent increase of our business and transaction volume on our platform. Staff costs increased by 38.3% from RMB17.4 million in 2019 to RMB24.1 million (US$3.7 million) in 2020, primarily due to an increase in headcount as a result of the growth of our business.

*Selling and marketing expenses*

Our selling and marketing expenses increased by 56.8% from RMB119.4 million in 2019 to RMB187.3 million (US$28.7 million) in 2020, primarily attributable to (i) an increase of RMB31.1 million (US$4.8 million) in advertising and promotion expenses mainly due to the continued expansion of our business globally, (ii) an increase of RMB16.6 million (US$2.5 million) in staff cost for selling and marketing personnel, primarily as a result of an increase in the headcount of our selling and marketing staff, and (iii) an increase of RMB16.9 million (US$2.6 million) in share-based compensation expenses.

*Technology and development expenses*

Our technology and development expenses increased by 15.1% from RMB129.7 million in 2019 to RMB149.3 million (US$22.9 million) in 2020, primarily due to (i) an increase of RMB16.7 million (US$2.6 million) in share-based compensation expenses, (ii) an increase of RMB9.4 million (US$1.4 million) in staff cost for technology and development personnel primarily driven by an increase in the headcount of our technology and development staff. This was partially offset by a decrease of RMB9.0 million (US$1.4 million) in content, server and bandwidth cost as a result of our improved procurement efficiency.

*General and administrative expenses*

Our general and administrative expenses increased by 755.5% from RMB24.4 million in 2019 to RMB209.1 million (US$32.0 million) in 2020, primarily due to (i) an increase of RMB141.5 million (US$21.7 million) in share-based compensation expenses, (ii) an increase of RMB37.3 million (US$5.7 million) in professional service fees, and (iii) an increase of RMB7.8 million (US$1.2 million) in staff cost.

*Operating loss*

As a result of the foregoing, we incurred operating loss of RMB234.7 million (US$36.0 million) in 2020, compared to operating loss of RMB60.8 million in 2019.

98

Case 1:21-cv-04044-FB-CLP   Document 39-21   Filed 12/09/22   Page 7 of 7 PageID #: 705

Table of Contents

## SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

BlueCity Holdings Limited

By:   /s/ Baoli Ma

Name: Baoli Ma

Title:  Chairman of the Board of Directors and Chief Executive Officer

Date:   April 29, 2021

141