# EXHIBIT W



**2020**
03-04

**构建健康网络环境，蓝城兄弟启动"蓝天计划"**

构建健康网络环境，蓝城兄弟启动"蓝天计划"



**Blued Supports the Release of India's First Gay-Themed Theatrical Film**

**Blued支持印度首部男同题材院线电影上映**

近日，印度电影迎来里程碑时刻。

**2020**
02-25



**2020**
02-11

**新冠肺炎该如何防？近30万人看了Blued的这场专家直播**

北京地坛医院传染病专家陈志海教授做客Blued"淡蓝公益"官方直播间，解答网友关于"新型冠状病毒"的疑惑



**2020**
02-06

**Blued携手荷尔健康、淡蓝公益上线防疫抗疫公益专题**

抗击疫情，蓝城兄弟责无旁贷。



**2020**
01-28

**蓝城兄弟首批2万副KN95口罩紧急驰援湖北**

蓝城兄弟首批2万副KN95口罩紧急驰援湖北



**2020**
01-20

**蓝城兄弟再获朝阳区工商联两项表彰**

蓝城兄弟荣获朝阳区工商联2019年度"万企帮万村"精准扶贫行动贡献奖和2019年度支持工商联工作奖

## Blued Supports the Release of India's First Gay-Themed Theatrical Film

Recently, Indian cinema has had a milestone moment.

*Shubh Mangal Zyada Saavdhan* (Translated as "True Ambition"), the first gay-themed theatrical film in India, is being supported by Blued as an exclusive dating partner. Presented by Bollywood's leading film production company T-Series, the film's unique theme and the far-reaching meaning behind it have sparked widespread debate in Indian society and global attention.

The film "True Ambition" is a love story of a gay couple who meet and overcome all obstacles in modern Indian society. The film is a breakthrough in bringing issues related to sexual minorities into the mainstream of India, while also addressing topics such as anti-discrimination and same-sex marriage. The film stars Bollywood superstar Ayushmann, best known to audiences for his performance in "The Sound Mixer." According to News Laundry, this is the first time a top Bollywood star has played a homosexual character on screen, and Ayushmann said he wanted to contribute to the LGBTQ community in India in his own way by acting in True Ambition.

"When we found out that T-series, one of the producers of the film, was preparing for the film's distribution, we reached out to them. Blued is actively involved because we hope to increase the exposure of the LGBTQ community in India in the mainstream media through this collaboration and encourage people to be brave to themselves and live a positive life" said Blued's Indian marketing officer.

It is understood that, as one of the partners of the film, Blued, in collaboration with "Shubh Mangal Zyada Saavdhan", has launched a series of activities in the LGBTQ community in India. By participating in the online campaign, the winner will get the opportunity to interact with two of the film's protagonists, Ayusshman Khurrana and Jitendra Kumar, offline.

In January 2019, Blued officially entered the Indian market and is now the number one active user in its category. As the largest gay social networking app in India, Blued continues to provide local users with quality online social services, while also promoting local sexual minority rights, anti-discrimination and anti-bullying initiatives.

In October 2018, Blued launched the "What's Next 377" campaign, calling for the protection of the rights of LGBTQ people in India. In December 2018, Blued partnered with Bombay Dost, India's largest LGBTQ organization, to sponsor the Likho Award at the LGBTQ Media Summit in India. In May 2019, Blued hosted the first Blued Queer Flicks, a gay Indian microfilm competition, and held an offline event in the Indian city of Dehli. From June to September 2019, Blued partnered with a charity organization to provide a free anti-bullying hotline for LGBTQ people in India, which supports multiple languages in India and has helped to provide guidance to many LGBTQ people in India.

According to the introduction, this cooperation with the movie "True Heroes" is not the first time Blued has participated in a film or TV production with the image of a community charity brand. From 2015 to 2017, Blued worked with Thailand as a charity partner to launch several movies and TV shows, such as "The Mannado Gayboy" and "A Different Kind of Boy", and inserted relevant plots in the shows to call for regular HIV testing among the younger generation.

The latest news is that the movie's box office exceeded CNY 30 million within three days of its release.

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that I am a Legal Intern at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the original language document.

Executed on 30 August, 2022

Signed: _Yan Pan_

Print name: Yan Pan

Blued支持印度首部男同题材院线电影上映_BlueCity蓝城兄弟_blued 6/29/22, 17:51

BLUECITY 蓝城兄弟    关于我们    社会责任    媒体报道    企业文化    投资者关系    简    EN

# Blued支持印度首部男同题材院线电影上映

近日，印度电影迎来里程碑时刻。

由Blued作为独家交友合作伙伴参与支持的印度首部男同题材院线电影《Shubh Mangal Zyada Saavdhan》（译《真雄起》），正在热映。该影片由宝莱坞著名电影制片公司T–Series推出，其题材的特殊性及其背后深远的意义，引发了印度社会的广泛讨论以及来自全球关注的目光。

电影《真雄起》为我们展现了在现代印度社会中，一对同志恋人如何相遇相知冲破一切阻碍的爱情故事。电影突破性将性少数群体的相关议题带入到印度主流视野中，同时也讨论了反歧视以及同性婚姻等话题。该影片由印度宝莱坞巨星Ayushmann主演，他因在电影《调音师》中的精彩表演而被观众所熟知。据News Laundry报道，这是宝莱坞一线明星首次在银幕上扮演同性恋角色。Ayushmann表示，参演《真雄起》是希望以自己的方式，为印度的LGBTQ群体贡献自己的力量。

"当我们了解到电影的出品方之一，T–series正在准备电影的宣发工作时，便主动取得了联系。Blued积极参与进来，是希望能通过这次合作，为印度的LGBTQ群体增加在主流媒体中的曝光度，鼓励大家勇敢面对自己，积极阳光生活。"Blued印度市场工作人员表示。

据了解，作为该电影的合作方之一，Blued携手"Shubh Mangal Zyada Saavdhan"，在印度LGBTQ社区开展了一系列活动。通过参与线上活动，优胜者可以获得与两位电影主角Ayusshman Khurrana和Jitendra Kumar线下交流的机会。

2019年1月，Blued正式进入印度市场，目前活跃用户居同类产品之首。作为印度地区最大的同志社交软件，Blued在持续为当地用户提供优质在线社交服务的同时，也一直致力于推动当地性少数群体平权、反歧视以及反霸凌相关活动。

2018年10月，Blued发起"What's Next 377"活动，呼吁印度社会关注及保护LGBTQ群体的基本权利；2018年12月，Blued与印度当地最大的LGBTQ组织Bombay Dost合作，冠名赞助印度LGBTQ媒体人峰会Likho Award；2019年5月，Blued举办了第一届印度同志微电影比赛Blued Queer Flicks，并在印度城市德里举行了线下活动；2019年6月至9月间，Blued与公益组织联手合作，为印度LGBTQ人群提供免费反网络霸凌咨询热线，该热线支持印度地区多个小语种，为众多印度LGBTQ人群提供了心理疏导。

据介绍，本次与电影《真雄起》的合作，早已不是Blued第一次以社群公益品牌形象参与到相关影视作品中。2015至2017年，Blued以公益伙伴的身份在泰国合作先后推出了《曼谷基友记》、《不一样的美男》等多部影视剧，并在剧中植入相关情节，呼吁青年人群定期进行HIV 检测，以促进当地HIV公益防控事业的开展。

最新消息，电影上映3天票房即突破3000万人民币。

上一篇    下一篇

BLUECITY 蓝城兄弟    加入我们    联系我们    法律信息

Blued支持印度首部男同题材院线电影上映_BlueCity蓝城兄弟_blued

京ICP备12033589号–29