**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUNHUI JIANG, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:21-cv-04044-FB-CLP |
| Plaintiff, | |
| v. | |
| BLUECITY HOLDINGS LIMITED, BAOLI MA, ZHIYONG (BEN) LI, ZHE WEI, WEI YING, COLLEEN A. DEVRIES, AMTD GLOBAL MARKERS LIMITED, LOOP CAPITAL MARKETS LLC, TIGER BROKERS (NZ) LIMITED, PRIME NUMBER CAPITAL LLC, R.F. LAFFERTY & CO., INC., and COGENCY GLOBAL INC., | |
| Defendants. | |

**DECLARATION OF JOANNA A. DIAKOS IN SUPPORT OF**
**THE COGENCY DEFENDANTS' JOINDER IN BLUECITY**
**HOLDINGS LIMITED'S MOTION TO DISMISS**

I, Joanna A. Diakos, declare as follows:

1.      I am a member in good standing of the bar of the State of New York.  I am a partner at the law firm of K&L Gates LLP, attorneys of record for Defendants Cogency Global Inc. and Colleen A. DeVries (collectively, the "Cogency Defendants").  I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2.      I submit this declaration in support of the Cogency Defendants' Joinder in BlueCity Holdings Limited's ("BlueCity") Motion to Dismiss Plaintiff's Amended Complaint.

3.      Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of BlueCity's Form F-1 filed with the U.S. Securities and Exchange Commission (the "SEC") on or

about June 16, 2020, and available at https://sec.report/Document/0001193125-20-169977/d831427df1.htm.

4.      Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of BlueCity's Amendment No. 1 to Form F-1, filed with the SEC on or about July 1, 2020, and available at https://sec.report/Document/0001193125-20-185081/d831427df1a.htm.

5.      Attached hereto as Exhibit 3 is a true and correct copy of BlueCity's Form F-6, filed with the SEC on or about July 1, 2020, and available at https://sec.report/Document/0000950127-20-000036/20-12_f6.htm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:   September 2, 2022
         New York, New York


                              By:    /s/ Joanna A. Diakos
                                     Joanna A. Diakos

2