# Exhibit 3

F-6 1 20-12_f6.htm FORM F-6

**As filed with the Securities and Exchange Commission on July 1, 2020**

**Registration No. 333-**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C.  20549**

# FORM F-6
**REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 FOR AMERICAN DEPOSITARY SHARES EVIDENCED BY AMERICAN DEPOSITARY RECEIPTS**

## BlueCity Holdings Limited
(Exact name of issuer of deposited securities as specified in its charter)

**Not Applicable**
(Translation of issuer's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization of issuer**)**

**Deutsche Bank Trust Company Americas**
(Exact name of depositary as specified in its charter**)**

**60 Wall Street**
**New York, New York 10005**
**(212) 250-9100**
(Address, including zip code, and telephone number, including area code, of depositary's principal executive offices)

Cogency Global Inc.
122 East 42nd Street, 18th Floor
New York, NY 10168
(800) 221-0102
(Address, including zip code, and telephone number, including area code, of agent for service)

Copies to:

| | |
|---|---|
| **Z. Julie Gao, Esq.** | **Francis Fitzherbert-Brockholes, Esq.** |
| **Skadden, Arps, Slate, Meagher & Flom LLP** | **White & Case LLP** |
| **c/o 42/F, Edinburgh Tower, The Landmark** | **5 Old Broad Street** |
| **15 Queen's Road Central** | **London EC2N 1DW** |
| **Hong Kong** | **United Kingdom** |
| **+852 3740-4700** | **+(44) 20 7532-1400** |

It is proposed that this filing become effective under Rule     ☐ immediately upon filing.

# SIGNATURE OF AUTHORIZED REPRESENTATIVE IN THE UNITED STATES

Pursuant to the Securities Act of 1933, as amended, the undersigned, the duly authorized representative in the United States of BlueCity Holdings Limited, has signed this registration statement in New York, New York, United States of America on July 1, 2020.

**Authorized U.S. Representative**

**Cogency Global Inc.**

By: /s/ Colleen A. De Vries

Name:  Colleen A. De Vries
Title:    Senior Vice President on behalf of
Cogency Global Inc.