UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNHUI JIANG, Individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>BLUECITY HOLDINGS LIMITED, BAOLI MA, ZHIYONG (BEN) LI, ZHE WEI, WEI YING, COLLEEN A. DEVRIES, AMTD GLOBAL MARKERS LIMITED, LOOP CAPITAL MARKETS LLC, TIGER BROKERS (NZ) LIMITED, PRIME NUMBER CAPITAL LLC, R.F. LAFFERTY & CO., INC., and COGENCY GLOBAL INC.,<br><br>               Defendants. | Case No. 1:21-cv-04044-FB-CLB |

**REPLY DECLARATION OF JOANNA A. DIAKOS IN FURTHER
SUPPORT OF THE COGENCY DEFENDANTS' JOINDER IN
BLUECITY HOLDINGS LIMITED'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Joanna A. Diakos, declare as follows:

1.      I am a member in good standing of the bar of the State of New York.  I am a partner at the law firm of K&L Gates LLP, attorneys of record for Defendants Cogency Global Inc. and Colleen A. DeVries (collectively, the "Cogency Defendants").  I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2.      I submit this reply declaration in further support of the Cogency Defendants' Joinder in BlueCity Holdings Limited's Motion to Dismiss Plaintiff's Amended Complaint.

3.      Attached hereto as Exhibit A is a true and correct copy of relevant excerpts of Amendment No. 3 to  Form F-1 Registration Statement of Qudian Inc., filed with the SEC on or about October 13, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:   December 9, 2022
         New York, New York

By:      /s/ *Joanna A. Diakos*
         Joanna A. Diakos