# Exhibit A

**Table of Contents**

As filed with the Securities and Exchange Commission on October 13, 2017

Registration No. 333-220511

# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## Amendment No. 3
## to
## Form F-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Qudian Inc.
**(Exact name of Registrant as specified in its charter)**

| Cayman Islands | 6199 | Not Applicable |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**15/F Lvge Industrial Building**
**1 Datun**
**Chaoyang District, Beijing 100012**
**People's Republic of China**
**+86-10-59485220**
(Address and Telephone Number of Registrant's Principal Executive Offices)

**Law Debenture Corporate Services Inc.**
**400 Madison Avenue, 4th Floor**
**New York, NY 10017, United States**
**+1-212-750-6474**
(Name, address and telephone number of agent for service)

*Copies to:*

| | |
|---|---|
| **Chris K.H. Lin, Esq.**<br>**Daniel Fertig, Esq.**<br>**Simpson Thacher & Bartlett LLP**<br>**35th Floor, ICBC Tower**<br>**3 Garden Road**<br>**Central, Hong Kong**<br>**+852-2514-7600** | **David Zhang, Esq.**<br>**Benjamin Su, Esq.**<br>**Steve Lin, Esq.**<br>**Kirkland & Ellis International LLP**<br>**c/o 26th Floor, Gloucester Tower**<br>**The Landmark**<br>**5 Queen's Road Central,**<br>**Hong Kong**<br>**+852-3761-3300** |

**Approximate date of commencement of proposed sale to the public:**
**As soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box.  ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act.  ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act.  ☒

**Table of Contents**

**SIGNATURE OF AUTHORIZED REPRESENTATIVE IN THE UNITED STATES**

Pursuant to the Securities Act of 1933, as amended, the undersigned, the duly authorized representative in the United States of Qudian Inc. has signed this registration statement or amendment thereto in New York, New York on October 13, 2017.

By:  /s/ Diana Arias

Name: Diana Arias
Title: Senior Manager

II-8