**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

July 17, 2023

WRITER'S DIRECT DIAL NO.
**(212) 849-7173**

WRITER'S EMAIL ADDRESS
**jacobwaldman@quinnemanuel.com**

**VIA ECF**

Hon. Frederic Block
United States District Judge, E.D.N.Y.
225 Cadman Plaza E
Brooklyn, NY 11201

Re:     *Jiang v. BlueCity Holdings Limited et al.*, No. 1:21-cv-04044

Dear Judge Block:

We write on behalf of Defendant BlueCity Holdings Limited ("Blue City") to respond to Plaintiff Jiang's letter purporting to provide supplemental authority. ECF No. 47. Contrary to Jiang's assertions, *Nayani v. LifeStance Health Group, Inc.*, 2023 WL 3260260 (S.D.N.Y. May 4, 2023) is inapposite and easily distinguished. *Nayani* concerns the duty of a publicly-traded healthcare company to provide, in its IPO Registration Statement, an intra-quarter update of data concerning Nayani's "clinician retention," which data had not been updated since Nayani's most recent 10-K, and was thus information Nayani allegedly had that investors did not. *Id.* at \*2-3.

By contrast, Jiang nowhere alleges the failure to disclose intra-quarter financial data, nor specifies what data or developments since Blue City's last public disclosure were omitted from the IPO Registration Statement. Rather, a discrete portion of the Amended Complaint makes the general assertion that Blue City withheld from its Registration Statement information concerning the Chinese government's crackdown on online providers of LGBTQ services and content. But, as the Amended Complaint itself demonstrates—since it relies on public information—the alleged crackdown was *public*, and so cannot be information possessed only by Blue City. And, in any case, the Registration Statement disclosed tightening regulations. *See, e.g.*, ECF No. 38 at 11-13, 21, 23; ECF No. 42 at 8. Further, Plaintiff fails to allege any *undisclosed* effects of the alleged crackdown *on Blue City*—in particular, Blue City disclosed that the cost of complying with government regulations was increasing. *See* ECF No. 38 at 11-12; ECF No. 42 at 6-7.

Respectfully submitted,

*/s/ Jacob J. Waldman*

Jacob J. Waldman

cc:     All counsel (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH